**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————x

RONALD F. RAY, Individually and On Behalf :    Civil Action No. 1:21-cv-09620-AJN-OTW
of All Others Similarly Situated,      :

                 :    <u>CLASS ACTION</u>

         Plaintiff,         :

                 :

     vs.                :

                 :

STONECO LTD., THIAGO DOS SANTOS    :
PIAU, LIA MACHADO DE MATOS,
RAFAEL MARTINS PEREIRA, and        :
MARCELO BASTIANELLO BALDIN,
                 :

         Defendants.     :

                 :

———————————————————————x

LANDON DEPUE, Individually and On    :    Civil Action No. 1:21-cv-10468-AJN-OTW
Behalf of All Others Similarly Situated,    :

                 :    <u>CLASS ACTION</u>

         Plaintiff,         :

                 :

     vs.                :

                 :

STONECO LTD., THIAGO DOS SANTOS    :
PIAU, LIA MACHADO DE MATOS,
RAFAEL MARTINS PEREIRA, and        :
MARCELO BASTIANELLO BALDIN,
                 :

         Defendants.     :

                 :

———————————————————————x

**NOTICE OF MOTION OF MOVANT TULSI CHAULAGAIN**
**FOR CONSOLIDATION, APPOINTMENT AS**
**LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that movant Tulsi Chaulagain will and hereby does move this Court, on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, NY 10007, for an order: (1) consolidating the related actions; (2) appointing the Tulsi Chaulagain as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, *et seq.*; and (3) approving Tulsi Chaulagain's selection of Johnson Fistel, LLP as lead counsel for the proposed class.  In support of this motion, Tulsi Chaulagain submits the accompanying Memorandum of Law, the Declaration of Ralph M. Stone, and a [Proposed] Order.

DATED:  January 18, 2022

**JOHNSON FISTEL, LLP**

*/s/ Ralph M. Stone*
Ralph M. Stone
1700 Broadway, 41st Floor
New York, NY 10019
Telephone: (212) 292-5690
Facsimile: (212) 292-5680
RalphS@johnsonfistel.com

**JOHNSON FISTEL, LLP**
Michael I. Fistel, Jr.
40 Powder Springs Street
Marietta, GA 30064
Telephone: (470) 632-6000
Facsimile: (770) 200-3101
MichaelF@johnsonfistel.com

***Counsel for Tulsi Chaulagain***

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 18, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing via U.S. first-class mail to any non-CM/ECF participants.

*/s/Ralph M. Stone*
RALPH M. STONE