**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| RONALD F. RAY, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 1:21-cv-09620-AJN-OTW |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | |
| STONECO LTD., THIAGO DOS SANTOS PIAU, LIA MACHADO DE MATOS, RAFAEL MARTINS PEREIRA, and MARCELO BASTIANELLO BALDIN, | |
| Defendants. | |

---

| | |
|---|---|
| LANDON DEPUE, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 1:21-cv-10468-AJN-OTW |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | |
| STONECO LTD., THIAGO DOS SANTOS PIAU, LIA MACHADO DE MATOS, RAFAEL MARTINS PEREIRA, and MARCELO BASTIANELLO BALDIN, | |
| Defendants. | |

---

**[PROPOSED] ORDER GRANTING CONSOLIDATION AND**
**APPOINTING MOVANT TULSI CHAULAGAIN AS LEAD**
**<u>PLAINTIFF AND APPROVING SELECTION OF COUNSEL</u>**

Having considered the papers filed in support of Tulsi Chaulagain's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion"), and any responses thereto, and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the following related actions are consolidated as *In re StoneCo, Ltd. Securities Litigation*, Lead Case No. 1:21-cv-09620-AJN-OTW: *Ray v. StoneCo, Ltd. et al.*, No. 1:21-cv-09620-AJN-OTW and *Depue v. StoneCo, Ltd. et al.*, No. 1:21-cv-10468-AJN-OTW;

3.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Tulsi Chaulagain as Lead Plaintiff; and

4.      Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the law firm of Johnson Fistel, LLP is approved as Lead Counsel for the proposed class.

IT IS SO ORDERED.


DATED:_____    _____

THE HONORABLE ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE