**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————— x

RONALD F. RAY, Individually and On Behalf :    Civil Action No. 1:21-cv-09620-AJN-OTW
of All Others Similarly Situated,    :

                      :    <u>CLASS ACTION</u>

             Plaintiff,    :

                      :

      vs.    :

                      :

STONECO LTD., THIAGO DOS SANTOS    :
PIAU, LIA MACHADO DE MATOS,    :
RAFAEL MARTINS PEREIRA, and    :
MARCELO BASTIANELLO BALDIN,    :

                      :

           Defendants.    :

                      :

———————————————————— x

LANDON DEPUE, Individually and On    :    Civil Action No. 1:21-cv-10468-AJN-OTW
Behalf of All Others Similarly Situated,    :

                      :    <u>CLASS ACTION</u>

             Plaintiff,    :

                      :

      vs.    :

                      :

STONECO LTD., THIAGO DOS SANTOS    :
PIAU, LIA MACHADO DE MATOS,    :
RAFAEL MARTINS PEREIRA, and    :
MARCELO BASTIANELLO BALDIN,    :

                      :

           Defendants.    :

———————————————————— x

**DECLARATION OF RALPH M. STONE IN SUPPORT OF TULSI CHAULAGAIN'S**
**MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD**
**<u>PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL</u>**

I, Ralph M. Stone, declare as follows:

1.    I am a member in good standing of the bar of New York and am admitted to practice before this Court. I am Of Counsel for the law firm of Johnson Fistel, LLP, counsel for proposed lead plaintiff, Tulsi Chaulagain.  I submit this declaration in support of Tulsi Chaulagain's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of class action published on Business Wire on November 19, 2021;

Exhibit B:    Tulsi Chaulagain's PSLRA Certification;

Exhibit C:    Tulsi Chaulagain's Financial Interest Calculation, prepared by counsel;

Exhibit D:    Declaration of Tulsi Chaulagain; and

Exhibit E:    Johnson Fistel, LLP firm résumé.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 18th day of January, 2022.

/s/Ralph M. Stone
RALPH M. STONE