# EXHIBIT C

StoneCo Ltd. (NASDAQ: STNE)
Tulsi Chaulagain - Estimated PSLRA Losses
Class Period: March 11, 2021 - November 16, 2021

**Shares Purchased:**                                                                 **Shares Sold:**

| Date | Shares | Price | Total | Date | Shares | Price | Total |
|------|--------|-------|-------|------|--------|-------|-------|
| 8/24/2021 | 1,000 | $ 55.15 | $ 55,150.00 | 09/24/2021 | 3,200 | $ 39.55 | $ 126,560.00 |
| 08/25/2021 | 2,200 | $ 52.81 | $ 116,175.18 | 09/28/2021 | 5,000 | $ 36.76 | $ 183,800.00 |
| 09/02/2021 | 300 | $ 45.97 | $ 13,790.70 | | | | |
| 09/02/2021 | 300 | $ 45.97 | $ 13,790.70 | | | | |
| 09/02/2021 | 400 | $ 45.97 | $ 18,387.60 | | | | |
| 09/02/2021 | 100 | $ 45.52 | $ 4,552.00 | | | | |
| 09/02/2021 | 100 | $ 45.53 | $ 4,553.00 | | | | |
| 09/02/2021 | 5 | $ 45.53 | $ 227.65 | | | | |
| 09/02/2021 | 7 | $ 45.53 | $ 318.71 | | | | |
| 09/02/2021 | 100 | $ 45.53 | $ 4,553.00 | | | | |
| 09/02/2021 | 100 | $ 45.53 | $ 4,553.00 | | | | |
| 09/02/2021 | 88 | $ 45.53 | $ 4,006.64 | | | | |
| 09/02/2021 | 100 | $ 45.53 | $ 4,553.00 | | | | |
| 09/02/2021 | 1 | $ 45.54 | $ 45.54 ` | | | | |
| 09/02/2021 | 99 | $ 45.54 | $ 4,508.46 | | | | |
| 09/02/2021 | 2,800 | $ 45.55 | $ 127,540.00 | | | | |
| 09/02/2021 | 500 | $ 45.47 | $ 22,735.00 | | | | |
| **Total** | **8,200** | | **$ 399,440.18** | | **8,200** | | **$ 310,360.00**   **$ (89,080.18)** |

* Losses are the same under a LIFO or FIFO methodology.