# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ——————————————— x | |
| RONALD F. RAY, Individually and On Behalf of All Others Similarly Situated,    : | Civil Action No. 1:21-cv-09620-AJN-OTW |
|                : | <u>CLASS ACTION</u> |
|            Plaintiff,    : | |
|             : | |
|    vs.    : | |
|             : | |
| STONECO LTD., THIAGO DOS SANTOS PIAU, LIA MACHADO DE MATOS, RAFAEL MARTINS PEREIRA, and MARCELO BASTIANELLO BALDIN,    : | |
|            Defendants.    : | |
| ——————————————— x | |

RONALD F. RAY, Individually and On Behalf of All Others Similarly Situated,

          Plaintiff,

  vs.

STONECO LTD., THIAGO DOS SANTOS PIAU, LIA MACHADO DE MATOS, RAFAEL MARTINS PEREIRA, and MARCELO BASTIANELLO BALDIN,

         Defendants.

Civil Action No. 1:21-cv-09620-AJN-OTW

<u>CLASS ACTION</u>

---

LANDON DEPUE, Individually and On Behalf of All Others Similarly Situated,

          Plaintiff,

  vs.

STONECO LTD., THIAGO DOS SANTOS PIAU, LIA MACHADO DE MATOS, RAFAEL MARTINS PEREIRA, and MARCELO BASTIANELLO BALDIN,

         Defendants.

Civil Action No. 1:21-cv-10468-AJN-OTW

<u>CLASS ACTION</u>

## DECLARATION OF TULSI CHAULAGAIN

I, Tulsi Chaulagain, declare as follows:

1.      I submit this declaration in support of my motion for appointment as lead plaintiff and approval of my choice of counsel.  I have personal knowledge about the information in this declaration.

2.      I live in Richmond, California where I am currently a self-employed ride share driver.  I actively invest in stocks on my own behalf and consider myself a knowledgeable investor.

3.      I have been in regular contact with my attorneys at Johnson Fistel, LLP since I retained the firm in August 2021.  Prior to seeking appointment as lead plaintiff, my counsel informed me of the lead plaintiff requirements and the fiduciary duties imposed by the federal securities laws.  I am fully committed to putting forth the time and effort necessary to effectively undertake my duties as lead plaintiff.

4.      I believe that I am capable and qualified to serve as lead plaintiff.  I understand that a lead plaintiff serves as a fiduciary to the class of investors represented in the litigation. Given my significant losses, I am highly motivated to maximize the potential recovery for myself and other similarly situated members of the putative class.

5.      I am committed to directing the prosecution of this case and supervising my counsel by, among other things, regularly communicating with my counsel, reviewing important pleadings and discovery, and attending any necessary hearings, depositions and trial.  As part of my duties as lead plaintiff, I will be involved in and weigh in on important litigation decisions such as any proposed settlement of this action.

6.      Although I understand that the Court will approve any future award of attorneys'

fees and expenses (as well as any proposed settlement), I will review and consider any fee and expense application to help ensure its reasonableness prior to its submission to the Court.

7.      Prior to moving to be appointed lead plaintiff, I reviewed the qualifications of my choice of lead counsel, Johnson Fistel, LLP, and I selected it to serve as sole lead counsel based upon its substantial experience in prosecuting securities class actions and other shareholder litigation.  I believe that having a single, experienced law firm serving as lead counsel will allow for the most efficient prosecution of this action.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 18 day of January, 2022.

DocuSigned by:

_3B4FD47FA39449E..._

Tulsi Chaulagain