**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RONALD F. RAY, Individually and On Behalf of All Others Similarly Situated, | No. 1:21-cv-09620-AJN |
| Plaintiff, | Judge Alison J. Nathan |
| v. | CLASS ACTION |
| STONECO LTD., THIAGO DOS SANTOS PIAU, LIA MACHADO DE MATOS, RAFAEL MARTINS PEREIRA, and MARCELO BASTIANELLO BALDIN, | ORAL ARGUMENT REQUESTED |
| Defendants. | |
| LANDON DEPUE, Individually and On Behalf of All Others Similarly Situated, | No. 1:21-cv-10468-AJN |
| Plaintiff, | |
| v. | |
| STONECO LTD., THIAGO DOS SANTOS PIAU, LIA MACHADO DE MATOS, RAFAEL MARTINS PEREIRA, and MARCELO BASTIANELLO BALDIN, | |
| Defendants. | |

**DECLARATION OF FRANCIS P. MCCONVILLE IN SUPPORT OF THE INDIANA PUBLIC RETIREMENT SYSTEM'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Francis P. McConville, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a Partner at the law firm of Labaton Sucharow LLP ("Labaton Sucharow"), proposed Lead Counsel for the Class.  I submit this declaration in support of the motion filed by proposed Lead Plaintiff the Indiana Public Retirement System ("Indiana") for the entry of an Order: (i) consolidating the above-captioned actions; (ii) appointing Indiana as Lead Plaintiff; (iii) approving Indiana's selection of Labaton Sucharow as Lead Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

Attached hereto as Exhibits A through D are true and correct copies of the following documents:

EXHIBIT A:  Signed Certification of Indiana, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:  Loss analysis for Indiana;

EXHIBIT C:  Notice of pendency of the first-filed action, published on November 19, 2021; and

EXHIBIT D:  Firm Resume of Labaton Sucharow.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATED:  January 18. 2022                    Respectfully submitted,

                                            */s/ Francis P. McConville*

                                            **LABATON SUCHAROW LLP**
                                            Francis P. McConville
                                            140 Broadway
                                            New York, New York 10005
                                            Telephone: (212) 907-0700
                                            Facsimile:  (212) 818-0477
                                            fmcconville@labaton.com