# Exhibit B

## LOSS ANALYSIS

## Class Period: 3/11/2021 – 11/16/2021

## STONECO LTD.

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| STNE | G85158106 | BGKG6M3 | KG851581069 | $16.7360 [1] |

**Indiana Public Retirement System**

**LIFO**

| Transaction Type | Trade Date | Quantity | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Open | 03/11/21 | 25,920 | | |
| Sale | 03/19/21 | -770 | $66.9100 | $51,520.70 |
| *Class Period sales that match to pre-Class Period purchases:* | | *-770* | | *$51,520.70* |
| Purchase | 03/23/21 | 360 | $66.3200 | ($23,875.20) |
| Purchase | 03/25/21 | 100 | $64.0000 | ($6,400.00) |
| Purchase | 03/31/21 | 6,240 | $61.2200 | ($382,012.80) |
| Purchase | 04/30/21 | 576 | $65.1283 | ($37,513.90) |
| Purchase | 06/25/21 | 1,120 | $67.4500 | ($75,544.00) |
| Purchase | 06/25/21 | 250 | $67.4500 | ($16,862.50) |
| Purchase | 06/28/21 | 428 | $67.4834 | ($28,882.90) |
| Purchase | 06/28/21 | 653 | $68.3550 | ($44,635.82) |
| Purchase | 06/29/21 | 1,483 | $68.2283 | ($101,182.57) |
| Purchase | 06/30/21 | 3,265 | $67.4285 | ($220,154.05) |
| Purchase | 06/30/21 | 311 | $67.0330 | ($20,847.26) |
| Purchase | 07/01/21 | 2,193 | $67.8714 | ($148,841.98) |
| Purchase | 07/01/21 | 1,253 | $67.4206 | ($84,478.01) |
| Purchase | 07/02/21 | 3,043 | $69.7385 | ($212,214.26) |
| Purchase | 07/06/21 | 1,524 | $70.3929 | ($107,278.78) |
| Purchase | 07/06/21 | 570 | $70.3929 | ($40,123.95) |
| Purchase | 07/20/21 | 510 | $57.6600 | ($29,406.60) |
| *Class Period purchases:* | | *23,879* | | *($1,580,254.58)* |
| Sale | 06/25/21 | -250 | $67.4500 | $16,862.50 |
| Sale | 07/14/21 | -70 | $60.4900 | $4,234.30 |
| Sale | 08/25/21 | -1,010 | $52.8800 | $53,408.80 |
| Sale | 09/17/21 | -490 | $41.7400 | $20,452.60 |
| *Class Period sales that match to Class Period purchases:* | | *-1,820* | | *$94,958.20* |
| | Shares Held: | 22,059 | $16.7360 | $369,178.38 |

| | |
|---|---|
| **LIFO Gain/(Loss):** | **($1,116,118.00)** |

| | |
|---|---|
| Total Shares Bought: | 23,879.00 |
| Total Net Shares: | 21,289.00 |
| Total Net Expenditures: | $146,478.90 |

[1] *Value of shares held is the mean trading price from 11/17/2021 to 1/18/2022.*