**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RONALD F. RAY, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> STONECO LTD., THIAGO DOS SANTOS PIAU, LIA MACHADO DE MATOS, RAFAEL MARTINS PEREIRA, and MARCELO BASTIANELLO BALDIN, <br><br> Defendants. | Case No.: 1:21-cv-09620-AJN-OTW <br><br> Hon. Alison J. Nathan |
| LANDON DEPUE, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> STONECO LTD., THIAGO DOS SANTOS PIAU, LIA MACHADO DE MATOS, RAFAEL MARTINS PEREIRA, and MARCELO BASTIANELLO BALDIN, <br><br> Defendants. | Case No.: 1:21-cv-10468-AJN <br><br> Hon. Alison J. Nathan |

**NOTICE OF MOTION OF BANDANA NEUPANE POUDEL FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Bandana Neupane Poudel ("Movant") respectfully moves this Court for an order: (1) consolidating the above-captioned related actions (the "Actions"), (2) appointing Movant as Lead Plaintiff pursuant to § 21D of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the

"PSLRA") and (3) approving Movant's selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

Movant seeks consolidation of the Actions, appointment as lead plaintiff, and approval of her choice of counsel pursuant to the Securities Exchange Act of 1934, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached Memorandum of Law, the Declaration of Adam M. Apton in support thereof, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Dated: January 18, 2022

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Bandana Neupane Poudel
and [Proposed] Lead Counsel for the Class*

2