# EXHIBIT 3

**StoneCo Ltd. Loss Chart**
**Class Period: March 11, 2021 through November 16, 2021**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $17.08 |
| AUDREY HOLDINGS GROUP LIMITED | 8/11/2021 | 5,200 | ($56.16) | ($292,032.00) | | | | | | | | |
| | 8/11/2021 | 637 | ($56.88) | ($36,232.56) | | | | | | | | |
| | 8/11/2021 | 5,300 | ($56.64) | ($300,192.00) | | | | | | | | |
| | 8/11/2021 | 5,681 | ($56.70) | ($322,112.70) | | | | | | | | |
| | 8/11/2021 | 5,376 | ($56.78) | ($305,249.28) | | | | | | | | |
| | 8/11/2021 | 4,806 | ($56.55) | ($271,779.30) | | | | | | | | |
| | 8/12/2021 | 4,272 | ($55.10) | ($235,387.20) | | | | | | | | |
| | 8/12/2021 | 4,299 | ($55.01) | ($236,487.99) | | | | | | | | |
| | 8/12/2021 | 4,200 | ($54.92) | ($230,664.00) | | | | | | | | |
| | 8/12/2021 | 4,400 | ($55.38) | ($243,672.00) | | | | | | | | |
| | 8/12/2021 | 4,027 | ($55.20) | ($222,290.40) | | | | | | | | |
| | 8/12/2021 | 1,402 | ($56.27) | ($78,890.54) | | | | | | | | |
| | 8/12/2021 | 4,400 | ($55.69) | ($245,036.00) | | | | | | | | |
| | | 54,000 | | ($3,020,025.97) | | | | | 54,000 | $922,483.08 | ($2,097,542.89) | |