**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RONALD F. RAY, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>STONECO LTD., THIAGO DOS SANTOS PIAU, LIA MACHADO DE MATOS, RAFAEL MARTINS PEREIRA, and MARCELO BASTIANELLO BALDIN,<br><br>        Defendants. | Case No.: 1:21-cv-09620-AJN-OTW<br><br>Hon. Alison J. Nathan |
| LANDON DEPUE, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>STONECO LTD., THIAGO DOS SANTOS PIAU, LIA MACHADO DE MATOS, RAFAEL MARTINS PEREIRA, and MARCELO BASTIANELLO BALDIN,<br><br>        Defendants. | Case No.: 1:21-cv-10468-AJN<br><br>Hon. Alison J. Nathan |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF BANDANA NEUPANE POUDEL'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Bandana Neupane Poudel ("Movant") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of

Movant's motion for consolidation of the above-captioned actions (the "Actions"), appointment as Lead Plaintiff, and approval of her selection of Levi & Korsinsky as Lead Counsel for the Class.

    3.    Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:    PSLRA Certification signed by Movant attesting to her transactions of StoneCo Ltd., ("StoneCo" or the "Company") securities;

**Exhibit B**:    Loss Chart reflecting the losses incurred by Movant as a result of her transactions in StoneCo securities;

**Exhibit C**:    Press Release published November 19, 2021, on *Business Wire,* announcing the pendency of the first-filed securities class action against defendants herein: *Ray v. StoneCo Ltd., et. al.,* Case No. 1:21-cv-09620-AJN-OTW; and

**Exhibit D**:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: January 18, 2022

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Bandana Neupane Poudel
and [Proposed] Lead Counsel for the Class*