# EXHIBIT B

| Client Name | Bandana Neupane Poudel |
| --- | --- |
| Company Name | StoneCo Ltd. |
| Ticker Symbol | STNE |
| Security Type | |
| Class Period Start | 03-11-2021 |
| Class Period End | 11-16-2021 |
| 90-DAY Lookback Period Start | 11-17-2021 |
| 90-DAY Lookback Period End | 01-18-2022 |
| 90-DAY Lookback Average | $ 16.73 |

| SUMMARY OF FINANCIAL INTEREST | |
| --- | --- |
| LIFO Loss Total | $55,295.61 |
| *DURA LIFO* Total* | $55,295.61 |
| Gross Shares Purchased | 1,451 |
| Net Shares Retained | 1,451 |
| Net Funds Expended | $80,528.50 |

**Bandana Neupane Poudel**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP[1] | Price Per Share[2] | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 07-09-2021 | 205 | 64.1 | $ 13,140.50 | 12-01-2021 | | 205 | $ 17.39 | | $ 3,564.95 | 205 | - | $ 16.73 | | $ 9,575.55 | $ 9,575.55 |
| 07-13-2021 | 100 | 62.05 | $ 6,205.00 | 12-01-2021 | | 100 | $ 17.39 | | $ 1,739.00 | 100 | - | $ 16.73 | | $ 4,466.00 | $ 4,466.00 |
| 07-13-2021 | 100 | 62.05 | $ 6,205.00 | 12-01-2021 | | 100 | $ 17.39 | | $ 1,739.00 | 100 | - | $ 16.73 | | $ 4,466.00 | $ 4,466.00 |
| 07-14-2021 | 200 | 61.01 | $ 12,202.00 | 12-01-2021 | | 200 | $ 17.39 | | $ 3,478.00 | 200 | - | $ 16.73 | | $ 8,724.00 | $ 8,724.00 |
| 07-15-2021 | 200 | 58.01 | $ 11,602.00 | 12-01-2021 | | 200 | $ 17.39 | | $ 3,478.00 | 200 | - | $ 16.73 | | $ 8,124.00 | $ 8,124.00 |
| 07-16-2021 | 4 | 57.01 | $ 228.04 | 12-01-2021 | | 4 | $ 17.39 | | $ 69.56 | 4 | - | $ 16.73 | | $ 158.48 | $ 158.48 |
| 07-16-2021 | 1 | 57.01 | $ 57.01 | 12-01-2021 | | 1 | $ 17.39 | | $ 17.39 | 1 | - | $ 16.73 | | $ 39.62 | $ 39.62 |
| 07-16-2021 | 195 | 57.01 | $ 11,116.95 | 12-01-2021 | | 195 | $ 17.39 | | $ 3,391.05 | 195 | - | $ 16.73 | | $ 7,725.90 | $ 7,725.90 |
| 07-27-2021 | 10 | 54.3004 | $ 543.00 | 12-01-2021 | | 10 | $ 17.39 | | $ 173.90 | 10 | - | $ 16.73 | | $ 369.10 | $ 369.10 |
| 07-27-2021 | 240 | 54.3004 | $ 13,032.10 | 12-01-2021 | | 240 | $ 17.39 | | $ 4,173.60 | 240 | - | $ 16.73 | | $ 8,858.50 | $ 8,858.50 |
| 10-11-2021 | 45 | 31.5 | $ 1,417.50 | 12-01-2021 | | 45 | $ 17.39 | | $ 782.55 | 45 | - | $ 16.73 | | $ 634.95 | $ 634.95 |
| 10-11-2021 | 29 | 31.5 | $ 913.50 | 12-01-2021 | | 29 | $ 17.39 | | $ 504.31 | 29 | - | $ 16.73 | | $ 409.19 | $ 409.19 |
| 10-29-2021 | 20 | 33.7 | $ 674.00 | 12-01-2021 | | 20 | $ 17.39 | | $ 347.80 | 20 | - | $ 16.73 | | $ 326.20 | $ 326.20 |
| 11-02-2021 | 27 | 32.3 | $ 872.10 | 12-01-2021 | | 27 | $ 17.39 | | $ 469.53 | 27 | - | $ 16.73 | | $ 402.57 | $ 402.57 |
| 11-02-2021 | 23 | 32.3 | $ 742.90 | 12-01-2021 | | 23 | $ 17.39 | | $ 399.97 | 23 | - | $ 16.73 | | $ 342.93 | $ 342.93 |
| 11-02-2021 | 2 | 32.2 | $ 64.40 | 12-01-2021 | | 2 | $ 17.39 | | $ 34.78 | 2 | - | $ 16.73 | | $ 29.62 | $ 29.62 |
| 11-05-2021 | 50 | 30.25 | $ 1,512.50 | 12-01-2021 | | 50 | $ 17.39 | | $ 869.50 | 50 | - | $ 16.73 | | $ 643.00 | $ 643.00 |
| **Total:** | **1,451** | | **$80,528.50** | | | **1,451** | | | **$25,232.89** | **1,451** | | | | **$55,295.61** | **$55,295.61** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.