# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD F. RAY, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>STONECO LTD., THIAGO DOS SANTOS PIAU, LIA MACHADO DE MATOS, RAFAEL MARTINS PEREIRA, and MARCELO BASTIANELLO BALDIN,<br><br>        Defendants. | Case No. 1:21cv09620-AJN-OTW<br><br><br><br>CLASS ACTION |
| LANDON DEPUE, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>STONECO LTD., THIAGO DOS SANTOS PIAU, LIA MACHADO DE MATOS, RAFAEL MARTINS PEREIRA, and MARCELO BASTIANELLO BALDIN,<br><br>        Defendants. | Case No. 1:21cv10468-AJN-OTW<br><br><br>CLASS ACTION |

**NOTICE OF MOTION OF TAN SEH YII FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

00669966;V1

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that pursuant to Section 21 of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4, as amended by the Private Securities Litigation Reform Act of 1995, and Rule 42(a) of the Federal Rules of Civil Procedure, lead plaintiff movant Tan Seh Yii, a/k/a Lance Tan ("Tan") hereby moves this Court, the Honorable Ona T. Wang, U.S. Magistrate Judge, for an Order:

(a)  consolidating the related actions;

(b)  appointing Tan as Lead Plaintiff; and

(c)  approving Tan's selection of Bernstein Liebhard LLP as Lead Counsel for the litigation.

This motion is supported by the accompanying Memorandum of Law, the concurrently filed Declaration of Joseph R. Seidman, the pleadings, and other filings in this action, and such other written or oral argument as may be permitted by the Court.

Dated: January 18, 2022                              Respectfully submitted,

*/s/ Laurence J. Hasson*
**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email:  lhasson@bernlieb.com
               seidman@bernlieb.com

*Counsel for Tan and Proposed Lead Counsel for the Proposed Class*

00669966;V1

## CERTIFICATE OF SERVICE

I, Laurence J. Hasson, hereby certify that on January 18, 2022, a true and correct copy of the annexed **NOTICE OF MOTION OF TAN SEH YII FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: January 18, 2022                          */s/ Laurence J. Hasson*
                                                 Laurence J. Hasson

00669966;V1