## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD F. RAY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STONECO LTD., THIAGO DOS SANTOS PIAU, LIA MACHADO DE MATOS, RAFAEL MARTINS PEREIRA, and MARCELO BASTIANELLO BALDIN,<br><br>Defendants. | Case No. 1:21cv09620-AJN-OTW<br><br><br><br>CLASS ACTION |
| LANDON DEPUE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STONECO LTD., THIAGO DOS SANTOS PIAU, LIA MACHADO DE MATOS, RAFAEL MARTINS PEREIRA, and MARCELO BASTIANELLO BALDIN,<br><br>Defendants. | Case No. 1:21cv10468-AJN-OTW<br><br><br>CLASS ACTION |

**DECLARATION OF LAURENCE J. HASSON IN
SUPPORT OF TAN SEH YII'S MOTION FOR CONSOLIDATION OF RELATED
CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

00669967;V1

I, LAURENCE J. HASSON, hereby declare under penalties of perjury that:

1.      I am a partner with Bernstein Liebhard LLP. I make this Declaration in Support of Tan Seh Yii's, a/k/a Lance Tan, Motion for Consolidation of Related Cases, Appointment as Lead Plaintiff and Approval of Counsel. The matters set forth herein are within my personal knowledge.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit A:     The notice announcing the pendency of this action;

Exhibit B:     Tan Seh Yii's sworn certification pursuant to 15 U.S.C. § 78u-4(a)(2)(A), with Assignments attached;

Exhibit C:     Tan Seh Yii's Loss Chart;

Exhibit D:     Firm Résumé of Bernstein Liebhard LLP.

Executed: January 18, 2022                         /s/ Laurence J. Hasson

                                                   LAURENCE J. HASSON

00669967;V1

## CERTIFICATE OF SERVICE

I, LAURENCE J. HASSON, hereby certify that on January 18, 2022, a true and correct copy of the annexed **DECLARATION OF LAURENCE J. HASSON IN SUPPORT OF TAN SEH YII'S MOTION FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: January 18, 2022                               /s/ Laurence J. Hasson
                                                      Laurence J. Hasson

00669967;V1