# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD F. RAY, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> STONECO LTD., THIAGO DOS SANTOS PIAU, LIA MACHADO DE MATOS, RAFAEL MARTINS PEREIRA, and MARCELO BASTIANELLO BALDIN, <br><br> Defendants. | Case No. 1:21cv09620-AJN-OTW <br><br><br><br> <u>CLASS ACTION</u> |
| LANDON DEPUE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> STONECO LTD., THIAGO DOS SANTOS PIAU, LIA MACHADO DE MATOS, RAFAEL MARTINS PEREIRA, and MARCELO BASTIANELLO BALDIN, <br><br> Defendants. | Case No. 1:21cv10468-AJN-OTW <br><br><br><br> <u>CLASS ACTION</u> |

**[PROPOSED] ORDER CONSOLIDATING RELATED CASES,
APPOINTING LEAD PLAINTIFF AND APPROVING LEAD COUNSEL**

00669968;V1

**Upon good cause shown, IT IS HEREBY ORDERED THAT:**

I.    The Motion of Tan Seh Yii for Consolidation of Related Cases, Appointment as Lead Plaintiff, and Approval of Counsel is granted.

II.   The above-captioned cases, and any subsequently-filed related cases, are hereby consolidated.

III.  Tan Seh Yii is hereby appointed as Lead Plaintiff for the proposed class pursuant to 15 U.S.C. § 78u-4 as amended by the Private Securities Litigation Reform Act of 1995.

IV.   Bernstein Liebhard LLP is hereby appointed as Lead Counsel for the proposed class.

SO ORDERED, this ___ day of _____, 2022

_____
The Honorable Judge Ona T. Wang
United States Magistrate Judge

00669968;V1