**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RONALD F. RAY, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:21-cv-09620-AJN-OTW |
| Plaintiff, | |
| v. | |
| STONECO LTD., THIAGO DOS SANTOS PIAU, LIA MACHADO DE MATOS, RAFAEL MARTINS PEREIRA, and MARCELO BASTIANELLO BALDIN, | |
| Defendants. | |
| LANDON DEPUE, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:21-cv-10468-AJN |
| Plaintiff, | |
| v. | |
| STONECO LTD., THIAGO DOS SANTOS PIAU, LIA MACHADO DE MATOS, RAFAEL MARTINS PEREIRA, and MARCELO BASTIANELLO BALDIN, | |
| Defendants. | |

**DECLARATION OF GREGORY B. LINKH IN SUPPORT OF PAUL FODEN'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS <u>LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL</u>**

I, Gregory B. Linkh, hereby declare as follows:

1. I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movant Paul Foden ("Foden") and proposed Lead Counsel for the Class in the above-captioned actions. I make this declaration in support of Foden's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A: Press release published November 19, 2021, on *Business Wire*, announcing the pendency of the first-filed securities class action against Defendants herein;

Exhibit B: Foden's Signed PSLRA Certification;

Exhibit C: Analysis of Foden's financial interest resulting from his transactions in StoneCo Ltd. securities; and

Exhibit D: Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 18th day of January 2022.

*/s/ Gregory B. Linkh*
Gregory B. Linkh

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On January 18, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 18, 2022, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh