# EXHIBIT C

# Financial Interest Analysis

**Company Name:** StoneCo Ltd.
**Ticker:** STNE
**Class Period:** March 11, 2021 to November 16, 2021
**Name:** Paul Foden

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/17/2021 | 500 | $50.0000 | -$25,000.0000 | | $0.0000 | -$25,000.00 |
| 10/27/2021 | 12,876 | $35.0000 | -$450,660.0000 | | $0.0000 | -$450,660.00 |
| 10/27/2021 | 1,074 | $34.9900 | -$37,579.2600 | | $0.0000 | -$37,579.26 |
| 10/27/2021 | 50 | $34.9800 | -$1,749.0000 | | $0.0000 | -$1,749.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **14,500** | | | | **Subtotal:** | **-$514,988.26** |
| | | | 90-Day Average Price | Shares Retained | 90-Day Average: | $243,246.34 |
| | | | $16.7756 | 14,500 | Total: | -$271,741.92 |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between November 17, 2021 and January 14, 2022.