January 28, 2022

**Via ECF**

| | |
|---|---|
| Hon. Alison J. Nathan | Hon. Ona T. Wang |
| United States District Court | United States District Court |
| Southern District of New York | Southern District of New York |
| Thurgood Marshall U.S. Courthouse | Daniel Patrick Moynihan U.S. Courthouse |
| 40 Foley Square, Room 2102 | 500 Pearl St. |
| New York, NY 10007 | New York, NY 10007 |

      Re:    *Ray v. StoneCo Ltd. et al.*, 1:21-cv-09620-AJN-OTW

Dear Judge Nathan and Magistrate Judge Wang,

    We write jointly to provide the Court with the requested status update. *See* Dkt. 11.

    On January 18, 2022, six individuals moved separately for consolidation of *Depue v. StoneCo Ltd., et al.*, 1:21-cv-10468-AJN-OTW with this action, appointment as Lead Plaintiff of the consolidated action, and approval of their respective selections of counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). *See* Dkts. 12-31. The appointment provisions of the Securities Exchange Act of 1934, as amended by the PSLRA 15 U.S.C. § 78u-4(a)(3)(B), set a deadline for appointment of Lead Plaintiff of February 17, 2022, which is one day before the current deadline for Defendants to answer or otherwise respond to the Complaint (Dkt. 1).

    The parties expect that once a Lead Plaintiff is appointed, that Lead Plaintiff will seek to file a consolidated complaint. Accordingly, the parties respectfully request that this Court issue an Order that stays any obligation for Defendants to answer or otherwise respond to the current Complaint. The parties propose that within seven (7) days after the Court appoints a Lead Plaintiff, that Lead Plaintiff and Defendants jointly submit to the Court for approval a schedule by which Lead Plaintiff shall file a consolidated complaint, and by which Defendants shall respond to the consolidated complaint.

    This is the Parties' second request for an extension of time.

1

Respectfully submitted,

| | |
|---|---|
| */s/ Gregory B. Linkh* <br> Gregory B. Linkh (GL 0477) <br> **GLANCY PRONGAY & MURRAY LLP** <br> 230 Park Avenue, Suite 358 <br> New York, New York 10169 <br> Tel: 212.682.5340 <br> glinkh@glancylaw.com <br><br> **Counsel for Plaintiff** | */s/ Mario O. Gazzola* <br> Michael B. Carlinsky <br> Jacob J. Waldman <br> Mario O. Gazzola <br> **QUINN EMANUEL URQUHART & SULLIVAN, LLP** <br> 51 Madison Avenue, 22nd Floor <br> New York, NY 10010 <br> Tel: 212.849.7000 <br> michaelcarlinsky@quinnemanuel.com <br> jacobwaldman@quinnemanuel.com <br> mariogazzola@quinnemanuel.com <br><br> **Counsel for StoneCo. Ltd.** |