```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
RONALD F. RAY, *individually and on behalf of all* :
*others similarly situated*, :
: 1:21-cv-9620-GHW
:
Plaintiffs, :
: ORDER
:
-v - :
:
STONECO LTD., THIAGO DOS SANTOS :
PIAU, LIA MACHADO DE MATOS, RAFAEL :
MARTINS PEREIRA, and MARCELO :
BASTIANELLO BALDIN, :
:
:
Defendants. :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    This case has been reassigned to Judge Gregory H. Woods. Counsel are directed to review and comply with the Court's Individual Rules of Practice in Civil Cases (available at the Court's website, https://nysd.uscourts.gov/hon-gregory-h-woods).

    SO ORDERED.

Dated: April 11, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge