UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re StoneCo Ltd. Securities Litigation | No. 1:21-cv-09620(GHW)(OTW)<br><br>Judge Gregory H. Woods<br><br><u>CLASS ACTION</u> |

**JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER**

**WHEREAS**, this securities class action was filed on November 19, 2021 (ECF. No. 1);

**WHEREAS**, on February 9, 2022, the Court granted the request of StoneCo Ltd. ("Defendant") and Plaintiff to submit a proposed schedule seven (7) days after the Court appointed Lead Plaintiff in the Action (ECF No. 39);

**WHEREAS**, on May 2, 2022, the Court appointed Indiana Public Retirement System as Lead Plaintiff in the Action (ECF No. 45);

**WHEREAS**, Lead Plaintiff and Defendant have conferred regarding a schedule for the filing of an Amended Complaint and Defendant's response thereto in accordance with the Court's Individual Rules of Practice in Civil Cases, *see* ECF No. 43;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties, as follows:

1. Lead Plaintiff's Amended Complaint is due on or before **August 8, 2022**.

2. If Defendant moves to dismiss, Defendant's pre-motion letter pursuant to Rule 2(C)(i) of the Court's Individual Rules of Practice in Civil Cases is due on or before **September 22, 2022**, and Lead Plaintiff's response to Defendant's pre-motion letter is due **September 27, 2022.**

3. Should the Court decline to hold a Pre-Motion Conference, then Defendant's motion shall be due on or before **October 7, 2022**, Lead Plaintiff's opposition is due on or before **December 6, 2022**, and Defendant's reply is due on or before **January 12, 2023**.

4. Should the Court choose to hold a Pre-Motion Conference, then Defendant's motion shall be due no later than fifteen (15) days after the date on which the Court holds the Pre-Motion Conference, Lead Plaintiff's opposition shall be due no later than sixty (60) days after the date on which Defendant files the motion, and Defendant's reply shall be due no later than thirty-seven (37) days after the date on which Lead Plaintiff files an opposition.

DATED: Tuesday, May 10, 2022
         New York, New York

Respectfully submitted,

/s/ Michael P. Canty
**LABATON SUCHAROW LLP**
Michael P. Canty
Thomas G. Hoffman
James T. Christie
Charles J. Stiene
140 Broadway
New York, NY 10005
T: 212-907-0700
F: 212-818-0477
mcanty@labaton.com
thoffman@labaton.com
jchristie@labaton.com
cstiene@labaton.com

*Counsel for Lead Plaintiff Indiana Public Retirement System and the Proposed Class*

/s/ Michael B. Carlinsky
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Michael B. Carlinsky
Jacob J. Waldman
Mario O. Gazzola
51 Madison Avenue, 22nd Floor
New York, NY 10010
T: 212-849-7000

F: 212-849-7100
michaelcarlinsky@quinnemanuel.com
jacobwaldman@quinnemanuel.com
mariogazzola@quinnemanuel.com

*Counsel for Defendant StoneCo Ltd.*

**IT IS SO ORDERED.**

Dated: \_\_\_\_May 11\_\_\_\_, 2022

_____
The Honorable Ona T. Wang
United States Magistrate Judge

3