# Exhibit 1

# CERTIFICATION

I, Steven R. Russo, as Executive Director of Indiana Public Retirement System ("INPRS"), hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of INPRS. I have reviewed the Amended Complaint filed against StoneCo Ltd. ("StoneCo") alleging violations of the federal securities laws, and authorize the filing of the Amended Complaint;

2. INPRS did not purchase securities of StoneCo at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. INPRS is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary. INPRS fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4. INPRS' transactions in StoneCo securities during the Class Period are reflected in Exhibit A, attached hereto;

5. INPRS sought to serve as a lead plaintiff in the following class actions under the federal securities laws filed during the last three years:

> *Matt Karinski v. Stamps.com, Inc.*, No. 2:19-cv-1828 (C.D. Cal.)
> *Caudle v. AAC Holdings, Inc.*, No. 3:19-cv-0407 (M.D. Tenn.)
> *Indiana Public Retirement System v. Pluralsight, Inc.*, No. 1:19-cv-0128 (D. Utah)
> *City of Riviera Beach General Employees Retirement System v. Royal Caribbean Cruises Ltd.*, No. 1:20-cv-24111 (S.D. Fla.)
> *Homyk v. ChemoCentryx, Inc.*, No. 4:21-cv-03343 (N.D. Cal.)
> *McLeod v. InnovAge Holding Corp.*, No. 1:21-cv-02770 (D. Colo.)

6. Beyond its pro rata share of any recovery, INPRS will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this __4th__ day of August, 2022.

DocuSigned by:

_Steven R. Russo_
*Executive Director*
*Indiana Public Retirement System*

DocuSign Envelope ID: 04D022A5-EA6C-4480-84A6-CBC60BDC712E

# EXHIBIT A

## TRANSACTIONS IN STONECO LTD.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Sales | 3/2/2020 | -21,572 | $42.88 | $924,916.76 |
| Purchases | 5/20/2020 | 58,871 | $24.77 | ($1,458,181.69) |
| Sales | 6/19/2020 | -31,630 | $38.83 | $1,228,328.91 |
| Purchases | 6/26/2020 | 19,800 | $37.94 | ($751,212.00) |
| Sales | 7/29/2020 | -27,241 | $46.50 | $1,266,676.53 |
| Purchases | 9/18/2020 | 2,000 | $51.50 | ($103,000.00) |
| Sales | 11/17/2020 | -560 | $67.07 | $37,561.72 |
| Purchases | 12/18/2020 | 4,230 | $84.29 | ($356,546.70) |
| Purchases | 1/12/2021 | 1,129 | $79.91 | ($90,222.34) |
| Purchases | 1/21/2021 | 450 | $79.68 | ($35,856.00) |
| Sales | 1/22/2021 | -1,129 | $78.93 | $89,113.44 |
| Sales | 3/19/2021 | -770 | $66.91 | $51,520.70 |
| Purchases | 3/23/2021 | 360 | $66.32 | ($23,875.20) |
| Purchases | 3/25/2021 | 100 | $64.00 | ($6,400.00) |
| Purchases | 3/31/2021 | 6,240 | $61.22 | ($382,012.80) |
| Purchases | 4/30/2021 | 576 | $65.13 | ($37,513.90) |
| Purchases | 6/25/2021 | 1,370 | $67.45 | ($92,406.50) |
| Sales | 6/25/2021 | -250 | $67.45 | $16,862.50 |
| Purchases | 6/28/2021 | 428 | $67.48 | ($28,882.90) |
| Purchases | 6/28/2021 | 653 | $68.36 | ($44,635.82) |
| Purchases | 6/29/2021 | 1,483 | $68.23 | ($101,182.57) |
| Purchases | 6/30/2021 | 3,265 | $67.43 | ($220,154.05) |
| Purchases | 6/30/2021 | 311 | $67.03 | ($20,847.26) |
| Purchases | 7/1/2021 | 2,193 | $67.87 | ($148,841.98) |
| Purchases | 7/1/2021 | 1,253 | $67.42 | ($84,478.01) |
| Purchases | 7/2/2021 | 3,043 | $69.74 | ($212,214.26) |
| Purchases | 7/6/2021 | 2,094 | $70.39 | ($147,402.73) |
| Sales | 7/14/2021 | -70 | $60.49 | $4,234.30 |
| Purchases | 7/20/2021 | 510 | $57.66 | ($29,406.60) |
| Sales | 8/25/2021 | -1,010 | $52.88 | $53,408.80 |
| Sales | 9/17/2021 | -490 | $41.74 | $20,452.60 |