# MEMORANDUM ENDORSED

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

September 30, 2022

WRITER'S DIRECT DIAL NO.
(212) 849-7150

WRITER'S EMAIL ADDRESS
michaelcarlinsky@quinnemanuel.com

<u>VIA ECF</u>

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2022
```

Re:   <u>In re StoneCo Ltd. Securities Litigation</u>, No. 1:21-cv-09620-GHW-OTW

Dear Judge Woods:

I am lead counsel for StoneCo Ltd. ("StoneCo") in this action. I write respectfully to request an adjournment of the pre-motion conference recently scheduled for October 12, 2022 (ECF No. 61) until October 14, 2022. I will be in trial on October 12 and for the next few weeks, but I am to participate in a conference on the requested date. Lead Plaintiff consents to the requested adjournment.

No prior requests to adjourn the pre-motion conference have been submitted by either side.

Respectfully Submitted,

<u>/s/ Michael B. Carlinsky</u>

Michael B. Carlinsky

cc:  All counsel of record (via ECF).

Application granted. The pre-motion conference scheduled for October 12, 2022 is adjourned to October 14, 2022 at 9:00 a.m. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 63.

SO ORDERED.

Dated: September 30, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH