USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                 :

IN RE STONECO LTD. SECURITIES    :
LITIGATION                                     :

                                                :             1:21-cv-9620-GHW

                                                :                  ORDER

                                                :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     As stated on the record during the conference held on October 14, 2022, the deadline for Defendant StoneCo Ltd. ("StoneCo") to file and serve its motion to dismiss the amended complaint is November 7, 2022. *See* Dkt. No. 60. Lead Plaintiff's opposition is due within sixty days after service of StoneCo's motion. StoneCo's reply, if any, is due within thirty-seven days after service of Lead Plaintiff's opposition.

SO ORDERED.

Dated: October 17, 2022
       New York, New York

                                                            GREGORY H. WOODS
                                                     United States District Judge