# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re StoneCo Ltd. Securities Litigation | No. 1:21-cv-09620(GHW)(OTW)<br><br>Judge Gregory H. Woods<br><br><u>CLASS ACTION</u><br><br>ORAL ARGUMENT REQUESTED |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the Declaration of Michael B. Carlinsky and the exhibits attached thereto, and any other arguments or materials that the Court may consider before this motion is taken under submission by the Court, Defendant StoneCo Ltd. will move this Court, before the Honorable Gregory H. Woods, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be set by the Court, for an order (1) pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the Amended Class Action Complaint (Dkt. 55); and (2) granting all such other and further relief as this Court may deem just and proper.

Response and reply papers are to be filed pursuant to the Court's Order (Dkt. 66) and Rule 6.1 of the Local Rules of the United States District Court for the Southern District of New York.

Dated: November 7, 2022                    Respectfully submitted,

                                                                        **QUINN EMANUEL URQUHART &**
                                                                        **SULLIVAN, LLP**
                                                                        <u>*/s/ Michael B. Carlinsky*</u>
                                                                        Michael B. Carlinsky
                                                                        Jacob J. Waldman
                                                                        Leigha Empson
                                                                        Mario Gazzola
                                                                        51 Madison Avenue, 22nd Floor

New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
michaelcarlinsky@quinnemanuel.com
jacobwaldman@quinnemanuel.com
leighaempson@quinnemanuel.com
mariogazzola@quinnemanuel.com

*Attorneys for Defendant StoneCo Ltd.*

2