**APPENDIX A**

**IN RE STONECO SECURITIES LITIGATION: ALLEGED MISSTATEMENTS**

| # | DATE | SOURCE | ALLEGED FALSE STATEMENT | Compl. ¶[1] |
|---|------|--------|-------------------------|-------------|
| 1 | 3/2/20 | 4Q 2019 Press Release and Form 6-K | *The growth of our credit solution is being ruled by low delinquency rates* | ¶ 151 |
| 2 | 3/2/20 | 4Q 2019 Earnings Conference Call | *We keep tight control over our supply of credit looking very closely at NPL levels* | ¶ 156 |
| 3 | | | *So we will accelerate a lot, but it will be with a lot of focus on NPLs control. So we are doing very well in terms of NPL management with low single-digit NPLs* | ¶ 157 |
| 4 | 4/29/20 | Form 20-F for Fiscal Year 2019 | *We may not be able to effectively manage individual or institutional credit risk [...]* which *could have a material adverse effect on our results of operations and financial condition*<br><br>*Clients may default on their obligations to us due to bankruptcy, lack of liquidity, operational failure or other reasons*<br><br>General economic factors, such as the rate of inflation, unemployment levels and interest rates, *may result in greater delinquencies that lead to greater credit losses*<br><br>*We rely principally on the client's creditworthiness and their ability to generate receivables for repayment of the loan, and therefore have no other collateral embedded. Our ability to assess creditworthiness may be impaired if the criteria or models we use to manage our credit risk prove inaccurate in predicting future losses, which could cause our losses to rise and have a negative impact on our* | ¶ 159 |

---

[1] Paragraph references are to the Amended Class Action Complaint (the "Complaint") (Dkt. 55). All text in the "Alleged False Statement" column is taken directly from the Complaint, including any bolding or italics.

| # | DATE | SOURCE | ALLEGED FALSE STATEMENT | Compl. ¶[1] |
|---|---|---|---|---|
| | | | *results of operations. […]* any material increases in delinquencies and losses beyond our current estimates *could have a material adverse impact on us*<br><br>Rising delinquencies and rising rates of bankruptcy are often precursors of future write-offs and *may require us to increase our reserve for loan losses*<br><br>*our ability to manage credit risk may be adversely affected by legal or regulatory changes, such as restrictions on collections or changes in bankruptcy laws*.<br><br>Increased credit risk, whether resulting from underestimating the credit losses inherent in our portfolio of loans, deteriorating economic conditions (particularly in Brazil), increases in the level of loan balances, changes in our mix of business or otherwise, *could require us to increase our provisions for losses and could have a material adverse effect on our results of operations and financial condition*. | |
| 5 | | | Our *credit approach*, *which includes a rigorous credit-scoring system*, receivables lock-up [...] has also *proven to be more resilient than even we expected* | ¶ 161 |
| 6 | 5/26/20 | 1Q 2020 Press Release and Form 6-K | *We have improved significantly our scoring system over time, with daily enhancements to our algorithms, new talents brought in 2019 and a requirement of a minimum relationship period (data) that help us to be more assertive on the credit scoring* | ¶ 162 |
| 7 | | | *the deduction of a percentage of clients' daily processed volumes provide both alignment of our interests with theirs and protection for us, as we receive down payments immediately when they engage in electronic transactions, regardless of their payment provider* | ¶ 162 |
| 8 | 5/26/20 | 1Q 2020 Earnings Conference Call | *we have seen our April cohorts performing very well, which demonstrates our ability to adapt our credit policy to a new riskier environment* | ¶ 164 |

| # | DATE | SOURCE | ALLEGED FALSE STATEMENT | Compl. ¶[1] |
|---|---|---|---|---|
| 9 | | | *We are very conservative in the way that we have built our scoring process, and we invest a lot to keep evolving the intelligence behind our algorithms on a daily basis* | ¶ 165 |
| 10 | 8/11/20 | 2Q 2020 Press Release and Form 6-K | our delinquency rates are trending downwards *as we implemented a more conservative credit policy during COVID* | ¶ 167 |
| 11 | 10/29/20 | 3Q 2020 Earnings Conference Call | *Our product remains fairly conservative … We remain very focused on balancing risk and profitability, which is reflected in our relatively stable ROA and low expected losses* | ¶ 169 |
| 12 | | | *We see a huge opportunity ahead of us, and we will leverage our distribution and proprietary credit scoring model to continue to serve merchants with our working capital solutions* | ¶ 169 |
| 13 | 3/11/21 | 4Q 2020 Press Release and Form 6-K | *On credit, our differentiated solution allowed us to keep growing our outstanding balance at a strong pace while constantly improving our scoring model and risk management tools* | ¶ 171 |
| 14 | | | *The economics of our credit solution have continued to be strong*, with *healthy risk-return levels* | ¶ 171 |
| 15 | 3/11/21 | 4Q 2020 Earnings Conference Call | *We continue to enhance our credit scoring model* provisioning and collection tools | ¶ 173 |
| 16 | | | especially as we experience a second wave of Covid in Brazil, with lockdowns being imposed in some areas. *For this reason, we are being even more selective while disbursing new credit* | ¶ 173 |

| # | DATE | SOURCE | ALLEGED FALSE STATEMENT | Compl. ¶[1] |
|---|------|--------|------------------------|-------------|
| 17 | | | We have also started to manage *new metrics*, such as risk-adjusted return and risk-adjusted return net of funding costs | ¶ 173 |
| 18 | | | We have exactly the *same methodology since the beginning*. What we are doing here is that we are *showing new operational metrics in order to help everyone to track these operations* | ¶ 174 |
| 19 | | | *So everybody will understand the size of the outstanding balance, how much we have sold, risk-adjusted return and risk adjusted return net of cost of funding and the duration of the outstanding balance*. So I think that with these KPIs, *everything can track the performance of our credit solutions* | ¶ 174 |
| 20 | | | *And we are very positive. We are very happy to see the healthy level of the returns and the growth of this balance* | ¶ 174 |
| 21 | 4/7/21 | Form 20-F for Fiscal Year 2020 | *We may not be able to effectively manage individual or institutional credit risk, or credit trends that can affect spending on card products and the ability of customers and partners to pay us, which could have a material adverse effect on our results of operations and financial condition*<br><br>*Clients may default on their obligations to us* due to bankruptcy, lack of liquidity, operational failure or other reasons<br><br>*A client's ability and willingness to repay us can be negatively impacted not only by economic, market, political and social conditions but by a customer's other payment obligations, and increasing leverage can result in a higher risk that customers will default or become delinquent in their obligations to us*<br><br>Our ability to assess creditworthiness *may be impaired if the criteria or models we use to manage our credit risk prove inaccurate in predicting future losses . . .* | ¶ 176 |

| # | DATE | SOURCE | ALLEGED FALSE STATEMENT | Compl. ¶[1] |
|---|---|---|---|---|
| | | | Thus, any material increases in delinquencies and losses beyond our current estimates *could have a material adverse impact on us*<br><br>Rising delinquencies and rising rates of bankruptcy are often precursors of future write-offs and *may require us to increase our reserve for credit losses*<br><br>Although we regularly review our credit exposure to specific clients and counterparties and to specific industries that *we believe may present credit concerns, default risk may arise from events or circumstances that are difficult to foresee or detect*<br><br>In addition, our ability to manage credit risk *may* be adversely affected by legal or regulatory changes, such as restrictions on collections or changes in bankruptcy laws<br><br>Increased credit risk, whether resulting from underestimating the credit losses inherent in our portfolio, deteriorating economic conditions (particularly in Brazil), increases in the level of credit balances, changes in our mix of business or otherwise, could require us to increase our provisions for losses and *could* have a material adverse effect on our results of operations and financial condition | |
| 22 | 6/1/21 | 1Q 2021 Press Release and Form 6-K | *Higher provisions for expected delinquency in our credit operations were influenced by more commerce restrictions in Brazil in the first quarter of 2021 amid a second wave of COVID. Despite such higher provisions, our credit portfolio grew and remains healthy, reaching a risk-adjusted-return ("RAR") net of funding costs between 1.5% and 1.9% on a monthly basis. Also, we continue to evolve in our strategy to fund our product with third-party capital and thus limit our exposure to credit risk* | ¶ 178 |
| 23 | | | *On credit, we have been improving our credit scoring model* | ¶ 178 |

5

| # | DATE | SOURCE | ALLEGED FALSE STATEMENT | Compl. ¶[1] |
|---|------|--------|-------------------------|-------------|
| 24 | | | *we have decided to increase provisions for expected losses* | ¶ 178 |
| 25 | | | *Despite that, we believe the COVID crisis has demonstrated the resiliency of our credit business* | ¶ 178 |
| 26 | 6/1/21 | 1Q 2021 Earnings Conference Call | *it does not change our appetite for credit for growing our solution. We remain very optimistic about the prospects there* | ¶ 180 |
| 27 | | | *So our credit solution is really in the early beginning. So the opportunity is big. And the returns, even net of those delinquency, expected delinquencies that we have, we see returns around 2% a month net of delinquency. So this is a very healthy return, and we remain very enthusiastic about that solution, working capital solutions for our clients* | ¶ 180 |
| 28 | | | *I think that, that's done. It do[es] not reduce our appetite for this product.... It's actually the opposite* because when *you go through such difficult environment and you can operate with healthy level of returns* | ¶ 181 |
| 29 | | | *It increase[s] your ability to provide more working capital to your clients.... So actually very confident with working capital solutions and credit* | ¶ 181 |
| 30 | 8/25/21 | StoneCo Teach-In Paper | *[G]iven the problems the market has faced with the accurate registration of receivables (as described in the prior sections), we are seeing higher delinquencies than what we expected and observed in prior periods* | ¶ 185 |
| 31 | 8/30/21 | 2Q 2021 Earnings Conference Call | *our credit product was designed to be fully collateralized. So when we saw that the new registry system was not working properly*, we saw that *we could not enforce those collaterals* | ¶ 190 |
| 32 | | | *Although we recognize that our underwriting capabilities and collection process still have to evolve given the early stage of our credit solution, we believe that the* | ¶ 191 |

6

| # | DATE | SOURCE | ALLEGED FALSE STATEMENT | Compl. ¶[1] |
|---|---|---|---|---|
| | | | *malfunctioning of the providers of registry of receivables services has played an important role in the poorer-than-expected results* | |
| 33 | 8/30/21 | 2Q 2021 Press Release and Form 6-K | StoneCo had decided to "**temporarily stop disbursing credit**" and "**make a significant downward adjustment in the fair value of [StoneCo's] portfolio…adapt[ing] the way [StoneCo] reports credit metrics.**"[2] | ¶ 183 |
| 34 | | | *we made some mistakes in our execution, especially not foreseeing how the malfunctioning of the registry system could harm our business* | ¶ 192 |
| 35 | 11/16/21 | 3Q 2021 Press Release and Form 6-K | As we have observed a reduction in the expected cash flows, especially due to the reduction of observed recovery rates in delinquent loans, we have reviewed downwards the fair value of our loan portfolio. | ¶ 194 |

---

[2]  Plaintiff incorrectly attributes this statement to the August 25, 2021 StoneCo Teach-In Paper (Compl. ¶ 183), but these specific quotes are found in the Company's August 30, 2021 2Q 2021 Press Release.