**She has notUNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re StoneCo Ltd. Securities Litigation

No. 1:21-cv-09620(GHW)(OTW)

Judge Gregory H. Woods

<u>CLASS ACTION</u>

ORAL ARGUMENT REQUESTED

---

**DECLARATION OF MICHAEL B. CARLINSKY IN SUPPORT OF**
**STONECO'S MOTION TO DISMISS**

1.      I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP and counsel for Defendant StoneCo Ltd. ("StoneCo") in this action.  I am an attorney licensed to practice in the State of New York, as well as before the United States District Court for the Southern District of New York.  I make this Declaration in support of StoneCo's Motion to Dismiss the Amended Class Action Complaint in this action.  This Declaration is based on my personal knowledge, and if called upon to do so, I would testify competently to the facts set forth herein.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the Form 20-F filed with the SEC by StoneCo on April 7, 2021.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of a press release issued by StoneCo on March 2, 2020.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of the transcript of StoneCo's June 1, 2021 Earnings Call, obtained from https://seekingalpha.com/article/4432526-stoneco-ltd-s-stne-ceo-thiago-piau-on-q1-2021-results-earnings-call-transcript.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the Form 20-F filed with the SEC by StoneCo on April 29, 2020.

6.  Attached hereto as **Exhibit 5** is a true and correct copy of the transcript of StoneCo's March 2, 2020 Earnings Call, obtained from https://seekingalpha.com/article/4329012-stoneco-ltd-stne-ceo-thiago-piau-on-q4-2019-results-earnings-call-transcript.

7.  Attached hereto as **Exhibit 6** is a true and correct copy of the transcript of StoneCo's May 26, 2020 Earnings Call, obtained from https://seekingalpha.com/article/4350221-stoneco-ltd-stne-ceo-thiago-piau-on-q1-2020-results-earnings-call-transcript.

8.  Attached hereto as **Exhibit 7** is a true and correct copy of the transcript of StoneCo's March 11, 2021 Earnings Call, obtained from https://seekingalpha.com/article/4413402-stoneco-limited-stne-ceo-thiago-piau-on-q4-2020-results-earnings-call-transcript.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   November 7, 2022
          New York, New York

By:   */s/ Michael B. Carlinsky*
       Michael B. Carlinsky
       QUINN EMANUEL URQUHART &
       SULLIVAN, LLP
       51 Madison Avenue, 22nd Floor
       New York, New York 10010
       Telephone: (212) 849-7000
       Facsimile: (212) 849-7100
       michaelcarlinsky@quinnemanuel.com

       *Counsel for Defendant StoneCo Ltd.*