**APPENDIX 1**
**IN RE STONECO SECURITIES LITIGATION: ALLEGED MISSTATEMENTS**

| Compl. ¶ | Date | Source | False & Misleading Statement | Category Alleged in Complaint | Defendants' Category |
|---|---|---|---|---|---|
| ¶151 | 3/2/20 | 4Q 2019 Press Release and Form 6-K | We continue to improve our credit offering to be able to offer our product to a larger base in 2020. ***The growth of our credit solution is being ruled by low delinquency rates***, currently at mid-single digits. | Credit Origination | 3. Statements of Fact Regarding Delinquency Rates and Metrics |
| ¶156 | 3/2/20 | 4Q 2019 Earnings Conference Call | The credit solution continues to ramp up to an outstanding balance of BRL 166 million in December, jumping to BRL 200 million in January. ***We keep tight control over our supply of credit looking very closely at NPL levels*** as we continue to improve our solution and credit scoring. We already have more than 5% of our acquiring clients using our credit solution. | Credit Origination | 1. General Descriptions About the Credit Product |
| ¶157 | 3/2/20 | 4Q 2019 Earnings Conference Call | So first, we expect to accelerate a lot credit through 2020. So we are very focused on that. ***So we will accelerate a lot, but it will be with a lot of focus on NPLs control. So we are doing very well in terms of NPL management with low single-digit NPLs,*** and we already have the structure in place to factor out those receivables. | Credit Origination | 1. General Descriptions About the Credit Product; 2. Optimistic Forward-Looking Statements Regarding The Credit Product; 3. Statements of Fact Regarding Delinquency Rates and Metrics |

1

| Compl. ¶ | Date | Source | False & Misleading Statement | Category Alleged in Complaint | Defendants' Category |
|---|---|---|---|---|---|
| ¶159 | 4/29/20 | Form 20-F for Fiscal Year 2019 | *We may not be able to effectively manage individual or institutional credit risk*, or credit trends that can affect spending on card products and the ability of customers and partners to pay us, which *could have a material adverse effect on our results of operations and financial condition.*<br><br>We are exposed to institutional credit risk, principally from loans to our clients. *Clients may default on their obligations to us due to bankruptcy, lack of liquidity, operational failure or other reasons.* General economic factors, such as the rate of inflation, unemployment levels and interest rates, *may result in greater delinquencies that lead to greater credit losses.*<br><br>*We rely principally on the client's creditworthiness and their ability to generate receivables for repayment of the loan, and therefore have no other collateral embedded. Our ability to assess creditworthiness may be impaired if the criteria or models we use to manage our credit risk prove inaccurate in predicting future losses, which could cause our losses to rise and have a negative impact on our results of operations.* Further, our pricing strategies may not offset the negative impact on profitability caused by increases in delinquencies and losses; thus any material increases in delinquencies and losses beyond our current | Credit Risk Disclosures | 5. StoneCo's Risk Disclosures |

| Compl. ¶ | Date | Source | False & Misleading Statement | Category Alleged in Complaint | Defendants' Category |
|---|---|---|---|---|---|
| | | | estimates *could have a material adverse impact on us.*<br><br>Rising delinquencies and rising rates of bankruptcy are often precursors of future write-offs and *may require us to increase our reserve for loan losses.* Although we regularly review our credit exposure to specific clients and counterparties and to specific industries that we believe may present credit concerns, default risk may arise from events or circumstances that are difficult to foresee or detect, such as fraud. In addition, *our ability to manage credit risk may be adversely affected by legal or regulatory changes, such as restrictions on collections or changes in bankruptcy laws*. Increased credit risk, whether resulting from underestimating the credit losses inherent in our portfolio of loans, deteriorating economic conditions (particularly in Brazil), increases in the level of loan balances, changes in our mix of business or otherwise, *could require us to increase our provisions for losses and could have a material adverse effect on our results of operations and financial condition*. | | |
| ¶161 | 5/26/20 | 1Q 2020 Press Release and Form 6-K | Our *credit approach*, *which includes a rigorous credit-scoring system*, receivables lock-up, and pay-as-you-sell model, has also *proven to be more resilient than even we expected,* providing a return on asset of 2.7% per month even after COVID-19-related provisions. | Credit Origination | 1. General Descriptions About the Credit Product |

3

| Compl. ¶ | Date | Source | False & Misleading Statement | Category Alleged in Complaint | Defendants' Category |
|---|---|---|---|---|---|
| ¶162 | 5/26/20 | 1Q 2020 Press Release and Form 6-K | Given the uncertainty surrounding the current scenario, we expect higher delinquency rates in our credit portfolio, especially from older cohorts of clients. However, our credit business has four key elements that help us keep healthy returns, even with higher delinquency rates. . . . 2. *We have improved significantly our scoring system over time, with daily enhancements to our algorithms, new talents brought in 2019 and a requirement of a minimum relationship period (data) that help us to be more assertive on the credit scoring.* 3. Our business model works in a merchant cash advance mode, in which clients pay with their sales; *the deduction of a percentage of clients´ daily processed volumes provide both alignment of our interests with theirs and protection for us, as we receive down payments immediately when they engage in electronic transactions, regardless of their payment provider*. Additionally, we have local agents who know clients personally, which reduces the risk of fraud significantly. 4. Our pricing management provides significant protection against delinquency. | Credit Origination | 4. Statements Regarding Due Diligence And The Scoring System; 6. Statements Regarding POS Payments |

| Compl. ¶ | Date | Source | False & Misleading Statement | Category Alleged in Complaint | Defendants' Category |
|---|---|---|---|---|---|
| | | | These elements have helped maintain a healthy 2.7% per month return on assets (ROA) of our portfolio, despite conservative higher delinquency levels from COVID-19 impact already factored in our results. | | |
| ¶164 | 5/26/20 | 1Q 2020 Earnings Conference Call | Moving to our credit product. We've reached more than BRL 386 million in total outstanding balance in the end of April, presenting a return on assets of 2.7% per month even after a conservative increase in provision for potential COVID impact. In fact, *we have seen our April cohorts performing very well, which demonstrates our ability to adapt our credit policy to a new riskier environment.* | Credit Origination | 1. General Descriptions About the Credit Product |
| ¶165 | 5/26/20 | 1Q 2020 Earnings Conference Call | **Daer Labarta** *Goldman Sachs Group Inc., Research Division* Great. Very helpful. I guess -- so it looks like the take rate was increasing, except for the higher provisions, which impacted in the quarter. And you showed some good loan growth there like BRL 386 million already in April. How large do you think that, that loan portfolio can get by year-end, considering the additional risk as well? **Thiago dos Santos Piau** *Chief Executive Officer* It's very difficult to provide an outlook about this, Tito, but we still expect a huge room to grow this year. I think that in the next 3 or 4 quarters, we can double the amount of our outstanding credit balance and using a conservative approach, mainly because I think that as our business evolves and the way that | Credit Origination | 1. General Descriptions About the Credit Product |

| Compl. ¶ | Date | Source | False & Misleading Statement | Category Alleged in Complaint | Defendants' Category |
|---|---|---|---|---|---|
| | | | we created this product, we know pretty much the transactional behavior of our clients. *We are very conservative in the way that we have built our scoring process, and we invest a lot to keep evolving the intelligence behind our algorithms on a daily basis*. | | |
| ¶167 | 8/11/20 | 2Q 2020 Press Release and Form 6-K | Our credit portfolio grew 48% in 2Q20 (vs 1Q) to R$491 million driven by a 51% increase in credit clients, but our delinquency rates are trending downwards *as we implemented a more conservative credit policy during COVID.* | Credit Origination | 4. Statements Regarding Due Diligence And The Scoring System |
| ¶169 | 10/29/20 | 3Q 2020 Earnings Conference Call | [T]he evolution of our credit solution…achieved a significant milestone last quarter, surpassing over 1 billion reais in total outstanding volume. More than 73,000 merchants now use these working capital loans, which they seamlessly pay by deducting a small percentage of their sales every day. *Our product remains fairly conservative* with a small duration of seven months and an average ticket for new loans of 19,000 reais, the equivalent of roughly a month of their TPV. *We remain very focused on balancing risk and profitability, which is reflected in our relatively stable ROA and low expected losses*... <br><br> *We see a huge opportunity ahead of us, and we will leverage our distribution and proprietary credit scoring model to continue to serve merchants with our working capital solutions*. | Credit Origination | 1. General Descriptions About the Credit Product; 2. Optimistic Forward-Looking Statements Regarding The Credit Product |

| Compl. ¶ | Date | Source | False & Misleading Statement | Category Alleged in Complaint | Defendants' Category |
|---|---|---|---|---|---|
| ¶171 | 3/11/21 | 4Q 2020 Press Release and Form 6-K | *On credit, our differentiated solution allowed us to keep growing our outstanding balance at a strong pace while constantly improving our scoring model and risk management tools.* . . .<br><br>*The economics of our credit solution have continued to be strong*, with *healthy risk-return levels*. The product has been presenting an ROA2 ranging from 2.0% to 2.5%, risk-adjusted-return, or RAR3, from 2.1% to 2.6% and risk-adjusted return after funding costs from 1.6% to 2.1% per month. | Credit Origination | 1. General Descriptions About the Credit Product;<br>4. Statements Regarding Due Diligence And The Scoring System |
| ¶173 | 3/11/21 | 4Q 2020 Earnings Conference Call | Our credit portfolio reached 1.5 billion reais, distributed among nearly 90 thousand clients, with healthy monthly returns ranging from 2% to 2.5%. *We continue to enhance our credit scoring model*, provisioning and collection tools, especially as we experience a second wave of Covid in Brazil, with lockdowns being imposed in some areas. *For this reason, we are being even more selective while disbursing new credit.* We have also started to manage *new metrics*, such as risk-adjusted return and risk-adjusted return net of funding costs. These metrics better factor in the portfolio profitability as they essentially reflect the total IRR (internal rate of return) for a series of cashflows at different timeframes. | Credit Origination | 3. Statements of Fact Regarding Delinquency Rates And Metrics;<br>4. Statements Regarding Due Diligence And The Scoring System |
| ¶174 | 3/11/21 | 4Q 2020 Earnings Conference Call | [W]e are not changing the way that we book this operation…we have exactly the *same methodology since the beginning*. What we are doing here is that we are *showing new operational metrics in order to* | Credit Origination | 1. General Descriptions About the Credit Product; |

| Compl. ¶ | Date | Source | False & Misleading Statement | Category Alleged in Complaint | Defendants' Category |
|---|---|---|---|---|---|
| | | | *help everyone to track these operations*. So basically, going forward, we will talk about the return, the risk-adjusted return because it shows the internal rate of return net of losses on the best way possible for the whole Stone imbalance, and we are showing the risk-adjusted return, net of cost of funding for everyone to understand the internal rate of return, net of the funding process that we are undertaking now, and we are showing the duration of the outstanding balance. And we will show the outstanding balance and the outstanding balance net of the sale that we did to third-party partners. *So everybody will understand the size of the outstanding balance, how much we have sold, risk-adjusted return and risk adjusted return net of cost of funding and the duration of the outstanding balance*. So I think that with these KPIs, *everything can track the performance of our credit solutions. And we are very positive. We are very happy to see the healthy level of the returns and the growth of this balance*. | | 2. Optimistic Forward-Looking Statements Regarding The Credit Product; 3. Statements of Fact Regarding Delinquency Rates and Metrics |
| ¶176 | 4/17/21 | Form 20-F for Fiscal Year 2020 | *We may not be able to effectively manage individual or institutional credit risk, or credit trends that can affect spending on card products and the ability of customers and partners to pay us, which could have a material adverse effect on our results of operations and financial condition.*<br><br>We are exposed to institutional credit risk, principally from credits provided to our clients. | Credit Risk Disclosures | 5. StoneCo's Risk Disclosures |

| Compl. ¶ | Date | Source | False & Misleading Statement | Category Alleged in Complaint | Defendants' Category |
|---|---|---|---|---|---|
| | | | *Clients may default on their obligations to us* due to bankruptcy, lack of liquidity, operational failure or other reasons. General economic factors, such as the rate of inflation, unemployment levels and interest rates, may result in greater delinquencies that lead to greater credit losses. *A client's ability and willingness to repay us can be negatively impacted not only by economic, market, political and social conditions but by a customer's other payment obligations, and increasing leverage can result in a higher risk that customers will default or become delinquent in their obligations to us. . .* <br><br> Our ability to assess creditworthiness *may be impaired if the criteria or models we use to manage our credit risk prove inaccurate in predicting future losses . . .* Thus, any material increases in delinquencies and losses beyond our current estimates *could have a material adverse impact on us.* <br><br> Rising delinquencies and rising rates of bankruptcy are often precursors of future write-offs and *may require us to increase our reserve for credit losses.* Although we regularly review our credit exposure to specific clients and counterparties and to specific industries that *we believe may present credit concerns, default risk may arise from events or circumstances that are difficult to foresee or detect…* In addition, our ability to manage credit | | |

| Compl. ¶ | Date | Source | False & Misleading Statement | Category Alleged in Complaint | Defendants' Category |
|---|---|---|---|---|---|
| | | | risk *may* be adversely affected by legal or regulatory changes, such as restrictions on collections or changes in bankruptcy laws. Increased credit risk, whether resulting from underestimating the credit losses inherent in our portfolio, deteriorating economic conditions (particularly in Brazil), increases in the level of credit balances, changes in our mix of business or otherwise, *could* require us to increase our provisions for losses and could have a material adverse effect on our results of operations and financial condition. | | |
| ¶178 | 6/1/21 | 1Q 2021 Press Release and Form 6-K | *Higher provisions for expected delinquency in our credit operations were influenced by more commerce restrictions in Brazil in the first quarter of 2021 amid a second wave of COVID. Despite such higher provisions, our credit portfolio grew and remains healthy, reaching a risk-adjusted-return ("RAR") net of funding costs between 1.5% and 1.9% on a monthly basis. Also, we continue to evolve in our strategy to fund our product with third-party capital and thus limit our exposure to credit risk.* <br> *On credit, we have been improving our credit scoring model* and given the volatility in commerce activity as a result of the [P]andemic, *we have decided to increase provisions for expected losses*, which has impacted negatively our results in the first quarter of 2021. *Despite that, we believe the COVID crisis has demonstrated the resiliency of our credit business . . .* | Increased NPLs and Delinquencies | 1. General Descriptions About the Credit Product; <br> 4. Statements Regarding Due Diligence And The Scoring System |

| Compl. ¶ | Date | Source | False & Misleading Statement | Category Alleged in Complaint | Defendants' Category |
|---|---|---|---|---|---|
| ¶180 | 6/1/21 | 1Q 2021 Earnings Conference Call | [T]he provisions that we built, this is mainly provisions for older cohorts, right? So we have to have our best estimate when we have our numbers out…***it does not change our appetite for credit for growing our solution. We remain very optimistic about the prospects there.*** So just to remind you, the market is really, really big. ***So our credit solution is really in the early beginning***. So the ***opportunity is big***. ***And the returns, even net of those delinquency, expected delinquencies that we have, we see returns around 2% a month net of delinquency. So this is a very healthy return, and we remain very enthusiastic about that solution, working capital solutions for our clients.*** | Increased NPLs and Delinquencies | 1. General Descriptions About the Credit Product; 2. Optimistic Forward-Looking Statements Regarding The Credit Product; 3. Statements of Fact Regarding Delinquency Rates and Metrics |
| ¶181[1] | 6/1/21 | 1Q 2021 Earnings Conference Call | Basically, at that time [2020], our model was not ready to deal with lockdowns and what happens with certain type of clients when they are close to a big period of time. So some of our clients, they are not in business anymore. So we had to adapt our models…And I think that the adjustments we did was based on the learnings and the effects on the last year cohorts. And ***I think that, that's done***. ***It do[es] not reduce our appetite for this product.... It's actually the opposite*** because when ***you go through such difficult environment and you can operate with healthy level of returns***, you can see that the worst cohort is 0.5% amount of return. ***It increase[s]*** | Increased NPLs and Delinquencies | 1. General Descriptions About the Credit Product; 2. Optimistic Forward-Looking Statements Regarding The Credit Product |

[1] Defendants include ¶183 in their in their Appendix of statements.  However, ¶183 is not alleged to be a false and misleading statement as it is a partial corrective disclosure in the case.  As the Complaint makes clear, the statements that are bold and italicized are the statements Plaintiff alleges to be false and misleading.  *See* ¶147.

| Compl. ¶ | Date | Source | False & Misleading Statement | Category Alleged in Complaint | Defendants' Category |
|---|---|---|---|---|---|
| | | | *your ability to provide more working capital to your clients.... So actually very confident with working capital solutions and credit.* | | |
| ¶185 | 8/25/21 | StoneCo Teach-In Paper | *[G]iven the problems the market has faced with the accurate registration of receivables (as described in the prior sections), we are seeing higher delinquencies than what we expected and observed in prior periods*, especially due to more difficult collections and considerably worse recoveries from non-performing clients. | Increased NPLs and Delinquencies | 7. Statements Regarding StoneCo Discontinuing the Credit Product |
| ¶190 | 8/30/21 | 2Q 2021 Earnings Conference Call | "…*our credit product was designed to be fully collateralized*. So when we saw that the *new registry system was not working properly*, we saw that *we could not enforce those collaterals.* So given the methodology that we have been using, the fair value methodology, and we saw this happening, what we did is we decreased our expectation of recovery of nonperforming loans." | Increased NPLs and Delinquencies | 7. Statements Regarding StoneCo Discontinuing the Credit Product |
| ¶191 | 8/30/21 | 2Q 2021 Earnings Conference Call | . . . *Although we recognize that our underwriting capabilities and collection process still have to evolve given the early stage of our credit solution, we believe that the malfunctioning of the providers of registry of receivables services has played an important role in the poorer-than-expected results,* as it has enabled merchants to shift transactions to other acquiring services that in practice bypassed the collateral guarantees they had given to us. | Increased NPLs and Delinquencies | 7. Statements Regarding StoneCo Discontinuing the Credit Product |

12

| Compl. ¶ | Date | Source | False & Misleading Statement | Category Alleged in Complaint | Defendants' Category |
|---|---|---|---|---|---|
| ¶192[2] | 8/30/21 | 2Q 2021 Press Release and Form 6-K | Our credit business remains in the early stages and *we made some mistakes in our execution, especially not foreseeing how the malfunctioning of the registry system could harm our business*. | Increased NPLs and Delinquencies | 7. Statements Regarding StoneCo Discontinuing the Credit Product |

[2] Defendants include ¶194 in their Appendix of statements.  However, ¶194 is not alleged to be a false and misleading statement as it is the final corrective disclosure in the case.