**MEMO ENDORSED.**

## quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

October 8, 2024

WRITER'S DIRECT DIAL NO.
**(212) 849-7150**

**VIA ECF**

WRITER'S EMAIL ADDRESS
**michaelcarlinsky@quinnemanuel.com**

Hon. Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. Ona T. Wang
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

Re:     *In re StoneCo Ltd. Securities Litigation*, 1:21-cv-09620-GHW-OTW

Dear Judge Woods and Magistrate Judge Wang,

We write on behalf of Defendant StoneCo Ltd. pursuant to Rule I.E of Judge Woods's Individual Practices and Procedures to request an Order granting StoneCo Ltd. an extension to file its answer to the Amended Complaint to November 12, 2024.

StoneCo Ltd.'s answer is currently due on October 10, 2024, and this is the first request for an extension. StoneCo requests this extension because the Lead Plaintiff is still considering whether it will further amend the Complaint by October 25, 2024. This extension will permit the Parties and the Court to conserve resources in the event that the Lead Plaintiff further amends the Complaint. The Lead Plaintiff consents to the extension.

Accordingly, StoneCo Ltd. respectfully requests that this Court issue an Order that StoneCo Ltd.'s deadline to file its answer to the Amended Complaint will be November 12, 2024.

Respectfully submitted,

/s/ *Michael B. Carlinsky*

Michael B. Carlinsky

cc:     All counsel (via ECF)

Application **GRANTED.**

**SO ORDERED.**

_____
Ona T. Wang
U.S.M.J. 10/9/2024

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH