**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/21/24

**MEMORANDUM ENDORSED**

IN RE STONECO LTD. SECURITIES
LITIGATION

No. 1:21-cv-09620 (GHW) (OTW)

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for Lead Plaintiff Indiana Public Retirement System ("Lead Plaintiff"); Defendant StoneCo Ltd. ("StoneCo"); and Thiago dos Santos Piau ("Piau"), Lia Machado de Matos ("Matos"), Rafael Martins Pereira ("Pereira"), Marcelo Bastianello Baldin ("Baldin"), André Street de Aguiar ("Street"), and Eduardo Cunha Monnerat Solon de Pontes ("Pontes") (the "Individual Defendants"):

WHEREAS, the above-captioned putative class action ("Action") was initiated against StoneCo, Piau, Matos, Pereira, and Baldin on November 19, 2021, which alleged violations of Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") by Defendants StoneCo, Piau, Matos, Pereira, and Baldin and violations of Section 20(a) of the Exchange Act by Defendants Piau, Matos, Pereira, and Baldin (ECF No. 1);

WHEREAS, on August 8, 2022, Plaintiff filed an Amended Class Action Complaint ("Amended Complaint"), which added, among other things, Street and Pontes as Defendants for alleged violations of Section 20(a) of the Exchange Act (ECF No. 55);

WHEREAS, on September 25, 2024, the Court issued a Memorandum Opinion and Order (ECF No. 76, the "Order") granting in part and denying in part StoneCo's Motion to Dismiss (ECF No. 68) the Amended Complaint;

WHEREAS, the Individual Defendants reside outside of the United States;

WHEREAS, service of process upon the Individual Defendants has not been effectuated in accordance with the Hague Convention;

WHEREAS, to avoid the burden, expense, and uncertainty of further litigation against the Individual Defendants, the Parties agree and stipulate that the remaining claims against the Individual Defendants shall be voluntarily dismissed without prejudice in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure;

WHEREAS, the Parties' agreement shall not impact the remaining claims against StoneCo, as limited by and sustained in the Court's Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE STIPULATING PARTIES THAT:

1.    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all of Plaintiff's claims against the Individual Defendants.

2.    Each party shall bear its own costs and attorneys' fees.

**IT IS SO STIPULATED AND AGREED.**

Dated: November 20, 2024
     New York, New York

Respectfully Submitted,

| | |
|---|---|
| **LABATON KELLER SUCHAROW LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| | |
| */s/ Michael H. Rogers* | */s/ Michael B. Carlinsky* |
| Michael P. Canty | Michael B. Carlinsky |
| Michael H. Rogers | Jacob J. Waldman |
| Jacqueline R. Meyers | Leigha Empson |
| 140 Broadway | Mario O. Gazzola |
| New York, NY  10005 | 51 Madison Avenue |
| Telephone: (212) 907-0700 | 22nd Floor |
| Fax: (212) 818-0477 | New York, NY  10010 |
| Email: | Telephone: (212) 849-7000 |
| mcanty@labaton.com | Fax: (212) 849-7100 |
| mrogers@labaton.com | Email: |
| jmeyers@labaton.com | michaelcarlinsky@quinnemanuel.com |
| | jacobwaldman@quinnemanuel.com |
| *Lead Counsel for Lead Plaintiff Indiana* | leighaempson@quinnemanuel.com |
| *Public Retirement System and the Proposed* | mariogazzola@quinnemanuel.com |
| *Class* | |
| | *Counsel for Defendant StoneCo Ltd; Counsel for Defendants Thiago dos Santos Piau, Lia Machado de Matos, Rafael Martins Pereira, Marcelo Bastianello Baldin, André Street de Aguiar, and Eduardo Cunha Monnerat Solon de Pontes for limited purpose of this stipulation.* |

The parties have stipulated to the dismissal of Lead Plaintiff Indiana Public Retirement System's claims against Defendants Thiago dos Santos Piau, Lia Machado de Matos, Rafael Martins Pereira, Marcelo Bastianello Baldin, André Street de Aguiar, and Eduardo Cunha Monnerat Solon de Pontes (the "Individual Defendants") without prejudice under F.R.C.P. 41(a)(1)(A)(ii).  The Clerk of Court is directed to remove the names of each of the Individual Defendants from the caption of this case.

SO ORDERED.

Dated:  November 21, 2024
New York, New York

              GREGORY H. WOODS
          United States District Judge