**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7036**

WRITER'S EMAIL ADDRESS
**jessebernstein@quinnemanuel.com**

January 6, 2025

**VIA ECF**

Hon. Ona T. Wang
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

Re:     *In re StoneCo Ltd. Securities Litigation*, 1:21-cv-09620-GHW-OTW

Dear Magistrate Judge Wang,

We write on behalf of Defendant StoneCo Ltd. ("StoneCo") pursuant to Section II(C) of Your Honor's Individual Practices in Civil Cases regarding the parties' agreed upon Stipulation and Proposed Protective Order, attached hereto (the "Protective Order"). StoneCo has conferred with Lead Plaintiff, and the parties have agreed to certain minor modifications to the Court's model Stipulation and Proposed Protective Order, reflected in blackline in the attached Exhibit 1. A clean version of the Proposed Protective Order is attached as Exhibit 2.

The parties' proposed Protective Order adds provisions allowing Confidential material to be shared with: the parties' insurers and counsel to insurers; outside vendors and service providers (such as copy service providers); the author, addressee, or recipient of a document; any witness that a party believes in good faith may testify at trial or deposition; stenographers present during depositions; and any mediator or arbitrator the parties may engage. The proposed Protective Order also limits which individuals must execute the agreement accompanying the Protective Order and eliminates the requirement of attorney presence at such execution to minimize any administrative delays. The parties agree that these additions will allow for more efficient case management and witness preparation while maintaining the confidentiality of documents designated for such protection.

The parties' proposed Protective Order also adds a provision outlining the process for designating deposition testimony Confidential. The provision establishes a 30-day period following each deposition during which it will be treated as Confidential, which will allow time for a designating party to designate portions of the transcript and/or exhibits Confidential.

**quinn emanuel urquhart & sullivan, llp**

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

Lead Plaintiff and StoneCo have agreed on the attached Stipulation and Proposed Protective Order and jointly request that the Court enter the Protective Order.

We appreciate the Court's attention to this matter.

Respectfully submitted,

*/s/ Jesse Bernstein*

Jesse Bernstein

cc:   All counsel (via ECF)