**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE STONECO LTD. SECURITIES LITIGATION | Civil Action No. 1:21-cv-9620 (GHW)(OTW) |

**DECLARATION OF MICHAEL H. ROGERS IN SUPPORT OF**
**LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, APPOINTMENT**
**AS CLASS REPRESENTATIVE, AND APPOINTMENT OF CLASS COUNSEL**

I, MICHAEL H. ROGERS, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a Partner at the law firm of Labaton Keller Sucharow LLP, Lead Counsel for Court-appointed Lead Plaintiff Indiana Public Retirement System ("Lead Plaintiff" or "INPRS"). I am a member in good standing of the Bar of the State of New York and am duly admitted to practice before this Court.

2.      I respectfully submit this Declaration, together with the attached exhibits, in support of Lead Plaintiff's Motion for Class Certification, Appointment as Class Representative, and Appointment of Class Counsel filed herewith.

3.      Attached hereto as **Exhibit A** is a true and correct copy of the Expert Report of Matthew D. Cain, Ph.D., dated April 4, 2025.

4.      Attached hereto as **Exhibit B** is a true and correct copy of the Declaration of Jeffrey Gill, dated April 1, 2025.

5.      Attached hereto as **Exhibit C** is a true and correct copy of the firm résumé of Labaton Keller Sucharow LLP.

Dated: April 4, 2025

_____
Michael H. Rogers