# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE STONECO LTD. SECURITIES LITIGATION | Civil Action No. 1:21-cv-9620 (GHW)(OTW) |

**DECLARATION OF JEFFREY M. GILL IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, APPOINTMENT AS CLASS REPRESENTATIVE, AND APPOINTMENT OF CLASS COUNSEL**

I, Jeffrey M. Gill, declare as follows:

1.      I respectfully submit this declaration on behalf of the Indiana Public Retirement System ("INPRS"), the Court-appointed Lead Plaintiff in this action, in support of Lead Plaintiff's Motion for Class Certification, Appointment as Class Representative, and Appointment of Class Counsel.  I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.      I am the Chief Legal Officer for INPRS, a public pension fund that administers pension and retirement plans and various other benefits to approximately 542,793 members representing 1,333 employers, including public universities, school corporations, municipalities, and state agencies throughout the state of Indiana.  INPRS is a sophisticated institutional investor that has approximately $50 billion in assets under management at fiscal year-end 2024.  INPRS has resolved to seek appointment as a class representative in this action and I am duly authorized, on behalf of INPRS, to take all necessary steps to seek this appointment.

3.      INPRS's purchases and/or acquisitions of StoneCo Ltd. ("StoneCo") Class A common stock during the period from May 27, 2020 through November 16, 2021, inclusive (the "Class Period") are reflected in Exhibit A, attached hereto.

4.      INPRS did not purchase or acquire any StoneCo securities at the direction of counsel, or in order to participate in any private action under the federal securities laws.

5.      On behalf of INPRS, my colleagues and I actively review and monitor the progress and prosecution of this litigation by Court-appointed lead counsel, Labaton Keller Sucharow LLP ("Labaton").  For example, we receive and review court filings, legal briefs, periodic updates, and other correspondence from counsel regarding all aspects of the case, including the progress of discovery and the filing of significant pleadings and Court orders.

6.      INPRS is actively involved in the discovery process in this litigation, including, but not limited to the document collection process. We also have participated in discussions with counsel regarding litigation strategy and significant developments in the litigation, and produced documents in response to Defendant's discovery requests.  INPRS could and would participate in a deposition at the appropriate time.

7.      INPRS understands that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was intended to encourage institutional investors and others with meaningful losses to direct securities class actions.  Should it be appointed as a class representative, INPRS, a large institutional investor, is committed to prosecuting this litigation vigorously.  INPRS intends to obtain the largest possible recovery for the proposed class consistent with good faith and sound judgment.

8.      INPRS is committed to continuing to direct this litigation and to maximize the recovery for the proposed class by attending hearings, depositions, and/or trial, and overseeing the preparation and filing of pleadings, as appropriate.  Further, INPRS understands that, in the event it is appointed as class representative, it owes a fiduciary duty to all members of the proposed class to provide fair and adequate representation.

9.      INPRS seeks appointment of Labaton as Class Counsel based on its substantial experience and expertise in prosecuting securities class actions.  INPRS believes that Labaton possesses the necessary skills and ability to prosecute this case vigorously and effectively on behalf of the proposed class.

10.     Should Labaton be appointed as Class Counsel, INPRS will continue to monitor and direct its efforts to obtain the largest possible recovery for the proposed class consistent with good faith and meritorious advocacy.

11.     Beyond its pro rata share of any recovery, INPRS will not accept payment for serving as a class representative, except the reimbursement of such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court consistent with the terms of the PSLRA.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Executed this 1st day of April, 2025 in Marion County, Indiana.

DocuSigned by:

_Jeffrey M. Gill_

Jeffrey M. Gill, Chief Legal Officer
Indiana Public Pension System

3

## EXHIBIT A

## <u>TRANSACTIONS IN STONECO LTD.</u>

| **Transaction Type** | **Trade Date** | **Shares** | **Price Per Share** | **Cost/Proceeds** |
|---|---|---|---|---|
| Sales | 06/19/20 | (31,630) | $38.83 | $1,228,328.91 |
| Purchases | 06/26/20 | 19,800 | $37.94 | ($751,212.00) |
| Sales | 07/29/20 | (27,241) | $46.50 | $1,266,676.53 |
| Purchases | 09/18/20 | 2,000 | $51.50 | ($103,000.00) |
| Sales | 11/17/20 | (560) | $67.07 | $37,561.72 |
| Purchases | 12/18/20 | 4,230 | $84.29 | ($356,546.70) |
| Purchases | 01/12/21 | 1,129 | $79.91 | ($90,222.34) |
| Purchases | 01/21/21 | 450 | $79.68 | ($35,856.00) |
| Sales | 01/22/21 | (1,129) | $78.93 | $89,113.44 |
| Sales | 03/19/21 | (770) | $66.91 | $51,520.70 |
| Purchases | 03/23/21 | 360 | $66.32 | ($23,875.20) |
| Purchases | 03/25/21 | 100 | $64.00 | ($6,400.00) |
| Purchases | 03/31/21 | 6,240 | $61.22 | ($382,012.80) |
| Purchases | 04/30/21 | 576 | $65.13 | ($37,513.90) |
| Purchases | 06/25/21 | 1,370 | $67.45 | ($92,406.50) |
| Sales | 06/25/21 | (250) | $67.45 | $16,862.50 |
| Purchases | 06/28/21 | 428 | $67.48 | ($28,882.90) |
| Purchases | 06/28/21 | 653 | $68.36 | ($44,635.82) |
| Purchases | 06/29/21 | 1,483 | $68.23 | ($101,182.57) |
| Purchases | 06/30/21 | 3,265 | $67.43 | ($220,154.05) |
| Purchases | 06/30/21 | 311 | $67.03 | ($20,847.26) |
| Purchases | 07/01/21 | 2,193 | $67.87 | ($148,841.98) |
| Purchases | 07/01/21 | 1,253 | $67.42 | ($84,478.01) |
| Purchases | 07/02/21 | 3,043 | $69.74 | ($212,214.26) |
| Purchases | 07/06/21 | 2,094 | $70.39 | ($147,402.73) |
| Sales | 07/14/21 | (70) | $60.49 | $4,234.30 |
| Purchases | 07/20/21 | 510 | $57.66 | ($29,406.60) |
| Sales | 08/25/21 | (1,010) | $52.88 | $53,408.80 |
| Sales | 09/17/21 | (490) | $41.74 | $20,452.60 |

4