**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

RONALD F. RAY, *individually and on behalf of*   :
*all others similarly situated*

                                        :   21-CV-9620 (GHW) (OTW)

         Plaintiff,   :

         -against-   :   **ORDER**

    :

STONECO LTD., et al.,   :

         Defendants.   :

    :

-------------------------------------------------------------x

        **ONA T. WANG**, **United States Magistrate Judge**:

        The Court is in receipt of ECF 116.

        All briefing and discovery deadlines in this case are hereby **STAYED** pending mediation.

The parties are directed to file a joint status letter by **August 29, 2025,** or when mediation is

complete, whichever comes first, apprising the Court on the status of mediation.

        The Clerk of Court is respectfully directed to close ECF 116.

        **SO ORDERED.**

                                               *s/ Ona T. Wang*

Dated: May 6, 2025   **Ona T. Wang**
       New York, New York   United States Magistrate Judge