August 28, 2025

<u>**Via ECF**</u>
Hon. Ona T. Wang
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

Re:     *In re StoneCo Ltd. Sec. Litig.*, **1:21-cv-09620-GHW-OTW**

Dear Judge Wang,

Lead Plaintiff Indiana Public Retirement System and Defendant StoneCo Ltd. respectfully submit this Joint Status Letter as directed by the Court through Your Honor's May 6, 2025 Order (ECF No. 118), which stayed all briefing and discovery deadlines in this case pending the Parties' mediation and ordered the Parties to provide a status update on the outcome of the mediation.  In accordance with the Court's Order, the Parties are pleased to report that they have reached a settlement-in-principle.  As such, Lead Plaintiff anticipates filing a motion with the Court seeking preliminary approval of the settlement as soon as possible.

To ensure that the Parties appropriately handle next steps, they request guidance from the Court regarding the instructions from (i) Judge Woods's Individual Rules of Practice and (ii) the Court's December 6, 2021 Order (ECF No. 5) referring this case to Your Honor.  Particularly, the Parties seek guidance as to whether (i) the Parties should separately inform Judge Woods of their settlement-in-principle via email in accordance with the procedures set forth in Section 4.E of Judge Woods's Individual Rules of Practice, and (ii) Lead Plaintiff should direct its forthcoming motion for preliminary approval to Your Honor or Judge Woods for determination.  The Parties are available as needed should the Court instruct them to take specific actions and/or if it requests any additional information.

Respectfully Submitted,


*s/ Michael H. Rogers*
**LABATON KELLER SUCHAROW LLP**
Michael P. Canty
Michael H. Rogers
Jacqueline R. Meyers
Stephen Boscolo
Grace T. Harmon
140 Broadway
New York, NY  1005
T: 212-907-0070
F: 212-818-0477

*s/ Leigha Empson* (with permission)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Michael B. Carlinsky
Jesse Bernstein
Mario O. Gazzola
Leigha Empson
Amy Shehan
295 Fifth Ave.
New York, NY 10016
T: 212-849-7000

mcanty@labaton.com
mrogers@labaton.com
jmeyers@labaton.com
sboscolo@labaton.com
gharmon@labaton.com

*Counsel for Lead Plaintiff Indiana Public
Retirement System and the Proposed Class*

F: 212-849-7100
michaelcarlinsky@quinnemanuel.com
jessebernstein@quinnemanuel.com
mariogazzola@quinnemanuel.com
leighaempson@quinnemanuel.com
amyshehan@quinnemanuel.com

*Counsel for Defendant StoneCo Ltd.*