August 28, 2025

**MEMORANDUM ENDORSED**

<u>Via ECF</u>
Hon. Ona T. Wang
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/29/2025
```

**Re:**   *In re StoneCo Ltd. Sec. Litig.*, 1:21-cv-09620-GHW-OTW

Dear Judge Wang,

Lead Plaintiff Indiana Public Retirement System and Defendant StoneCo Ltd. respectfully submit this Joint Status Letter as directed by the Court through Your Honor's May 6, 2025 Order (ECF No. 118), which stayed all briefing and discovery deadlines in this case pending the Parties' mediation and ordered the Parties to provide a status update on the outcome of the mediation. In accordance with the Court's Order, the Parties are pleased to report that they have reached a settlement-in-principle. As such, Lead Plaintiff anticipates filing a motion with the Court seeking preliminary approval of the settlement as soon as possible.

To ensure that the Parties appropriately handle next steps, they request guidance from the Court regarding the instructions from (i) Judge Woods's Individual Rules of Practice and (ii) the Court's December 6, 2021 Order (ECF No. 5) referring this case to Your Honor. Particularly, the Parties seek guidance as to whether (i) the Parties should separately inform Judge Woods of their settlement-in-principle via email in accordance with the procedures set forth in Section 4.E of Judge Woods's Individual Rules of Practice, and (ii) Lead Plaintiff should direct its forthcoming motion for preliminary approval to Your Honor or Judge Woods for determination. The Parties are available as needed should the Court instruct them to take specific actions and/or if it requests any additional information.

Respectfully Submitted,

| | |
|---|---|
| *s/ Michael H. Rogers* | *s/ Leigha Empson* (with permission) |
| **LABATON KELLER SUCHAROW LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| Michael P. Canty | Michael B. Carlinsky |
| Michael H. Rogers | Jesse Bernstein |
| Jacqueline R. Meyers | Mario O. Gazzola |
| Stephen Boscolo | Leigha Empson |
| Grace T. Harmon | Amy Shehan |
| 140 Broadway | 295 Fifth Ave. |
| New York, NY 1005 | New York, NY 10016 |
| T: 212-907-0070 | T: 212-849-7000 |
| F: 212-818-0477 | |

| | |
|---|---|
| mcanty@labaton.com | F: 212-849-7100 |
| mrogers@labaton.com | michaelcarlinsky@quinnemanuel.com |
| jmeyers@labaton.com | jessebernstein@quinnemanuel.com |
| sboscolo@labaton.com | mariogazzola@quinnemanuel.com |
| gharmon@labaton.com | leighaempson@quinnemanuel.com |
| | amyshehan@quinnemanuel.com |

*Counsel for Lead Plaintiff Indiana Public Retirement System and the Proposed Class*

*Counsel for Defendant StoneCo Ltd.*

The Court has received the parties' joint letter and understands that the parties have reached a settlement-in-principle. The parties need not send another notice of the settlement to me. As a result of the anticipated settlement, the Court will treat the pending motion to certify a class, Dkt. No. 111, as withdrawn. The motion may be refiled if no settlement is achieved. The anticipated motion for preliminary approval should be directed to me, rather than Judge Wang.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 111.

SO ORDERED.

Dated: August 29, 2025

GREGORY H. WOODS
United States District Judge