# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STONECO LTD. SECURITIES LITIGATION | Civil Action No. 1:21-cv-9620 (GHW)(OTW) |

## LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT

Lead Plaintiff Indiana Public Retirement System ("Lead Plaintiff"), on behalf of itself and the other members of the proposed Settlement Class, through court-appointed Lead Counsel Labaton Keller Sucharow LLP, hereby moves this Court for an Order, pursuant to Federal Rule of Civil Procedure 23(e): (i) preliminarily approving the proposed Settlement of this securities class action; (ii) preliminarily certifying the Settlement Class and appointing Lead Plaintiff as Class Representative and Lead Counsel as Class Counsel, for purposes of the Settlement only; (iii) approving the form and manner of providing notice of the Settlement to the Settlement Class, including the procedures and deadlines for objecting, requesting exclusion, and submitting Claim Forms; (iii) scheduling a date for the final Settlement Hearing; and (vi) granting such other and further relief as the Court may deem fair and proper.

The motion is unopposed and Defendant StoneCo Ltd. supports the relief requested.

This motion is based on the accompanying Memorandum of Law in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and the Declaration of Michael H. Rogers, dated October 21, 2025 with annexed exhibits, filed herewith.

A proposed Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement, which was negotiated by the Parties to the Settlement, with annexed exhibits, is also submitted herewith.

DATED: October 21, 2025                          Respectfully submitted,

                                   **LABATON KELLER SUCHAROW LLP**


                                    */s/ Michael H. Rogers*
                                   Michael P. Canty
                                   Michael H. Rogers
                                   Jacqueline R. Meyers
                                   Stephen Boscolo
                                   Grace T. Harmon
                                   140 Broadway

New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mcanty@labaton.com
mrogers@labaton.com
jmeyers@labaton.com
sboscolo@labaton.com
gharmon@labaton.com

*Counsel for Lead Plaintiff Indiana Public
Retirement System and Lead Counsel for the
Proposed Settlement Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered ECF participants.

*/s/ Michael H. Rogers*
MICHAEL H. ROGERS

3