UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STONECO LTD. SECURITIES LITIGATION | Civil Action No. 1:21-cv-9620 (GHW)(OTW) |

**DECLARATION OF MICHAEL H. ROGERS IN SUPPORT OF
LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

I, MICHAEL H. ROGERS, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am a member of the law firm of Labaton Keller Sucharow LLP, Court-appointed Lead Counsel in this proposed class action, and am admitted to practice before this Court. I respectfully submit this declaration in support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement.

2. True and correct copies of the following documents are annexed hereto:

Exhibit 1: Stipulation and Agreement of Settlement, dated as of October 15, 2025 with exhibits thereto.

Exhibit 2: Firm profile of Labaton Keller Sucharow LLP.

Exhibit 3: Edward Flores and Svetlana Starykh, *Recent Trends in Securities Class Action Litigation: H1 2025 Update* (NERA Economic Research Associates, Inc. 2025).

Exhibit 4: Firm resume of Verita Global, LLC.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 21, 2025.

/s/ *Michael H. Rogers*
MICHAEL H. ROGERS