USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                  :
 IN RE STONECO LTD. SECURITIES    :
 LITIGATION                      :
                  :            1:21-cv-9620-GHW
                  :
                  :            ORDER
                  :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On October 21, 2025, Lead Plaintiff submitted a motion for preliminary approval of a proposed settlement in this action. Dkt. Nos. 121-124. The memorandum of law submitted in support of the motion contains a number of factual assertions regarding, among other things, the adequacy of class counsel and lead plaintiff, the parties' negotiating history, and the adequacy of the settlement amount. Dkt. No. 122. A sworn affidavit was presented to the Court in support of the motion. Dkt. No. 123. That affidavit attaches the parties' stipulation of settlement, the firm resumes of proposed class counsel and Verita Global LLC, and an overview of recent trends in securities class action litigation, but contains no additional factual support for the motion or the proposed findings contained in the proposed order preliminarily approving the settlement.

The Court requests that Lead Plaintiff file one or more sworn affidavits setting forth all of the facts that it wishes for the Court to take into account in evaluating the motion. *See* Local Civil Rule 7.1(a)(3). The Court also requests that Lead Plaintiff file an affidavit describing the means by which it calculated the estimated average recovery amount for each allegedly damaged share as set forth in the proposed notice to the class. *See* Dkt. No. 123-1 at ECF 60. That description should provide sufficient detail for the Court and class members to evaluate both the methodology used to calculate that amount and the underlying calculations. The Court also requests that Lead Plaintiff file an affidavit from the proposed claims administrator or another person describing the proposed means of distribution of notice and the reasons why, in the view of the affiant, the proposed notice

strategy is adequate.

The Court will defer action on the motion until these supplemental submissions have been filed with the Court. If the supplemental submissions required by this order have not been submitted by November 12, 2025, the Court directs that counsel for Lead Plaintiff submit a status letter to the Court on that date.

SO ORDERED.

Dated: October 23, 2025
    New York, New York

_____
GREGORY H. WOODS
United States District Judge