UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

IN RE STONECO LTD. SECURITIES
LITIGATION

------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/20/2026

1:21-cv-9620-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On January 23, 2026, in support of its motion for final approval of a class action settlement, Lead Plaintiff Indiana Public Retirement System filed a declaration from an employee of Verita Global, LLC, the Claims Administrator for the proposed settlement.  Dkt. No. 132-4.  The declarant affirmed that Verita would submit a supplemental declaration after the February 6, 2026 exclusion deadline reporting on any exclusion requests received.  *Id.* ¶ 13.  As of the date of this order, no such supplemental declaration has been filed.  Accordingly, Plaintiff is ordered to file the supplemental declaration from Verita forthwith, and in no event later than February 24, 2026 at 5:00 p.m.

SO ORDERED.

Dated:  February 20, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge