UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/01/2026

IN RE STONECO LTD. SECURITIES LITIGATION

Civil Action No. 1:21-cv-9620 (GHW)(OTW)

## ORDER APPROVING PLAN OF ALLOCATION

**WHEREAS**, this matter having come before the Court for a hearing on February 27, 2026, on the motion of Lead Plaintiff Indiana Public Retirement System for final approval of the proposed class action Settlement and approval of the Plan of Allocation for the distribution of the proceeds of the Settlement; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. This Order incorporates by reference the definitions in the Stipulation and Agreement of Settlement, dated as of October 15, 2025 (the "Stipulation"), and all capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation.

2. Pursuant to Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to Persons who are Settlement Class Members, who could be identified with reasonable effort, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to Persons who are Settlement Class Members to be heard with respect to the Plan of Allocation. There were no objections to the Plan of Allocation.

3. The Court hereby finds and concludes that the Plan of Allocation for the calculation of the claims of Claimants that is set forth in the Notice of Pendency of Class Action,

Proposed Settlement, and Motion for Attorneys' Fees and Expenses (the "Notice"), provides a fair and reasonable basis upon which to allocate and distribute the Net Settlement Fund among Settlement Class Members.

4.      The Court hereby finds and concludes that the Plan of Allocation, as set forth in the Notice, is, in all respects, fair, reasonable, and adequate and the Court hereby approves the Plan of Allocation.

SO ORDERED this 1st day of March, 2026.

_____
HONORABLE GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE